UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ELECTRIC TRANSPORTATION ENGINEERING CORPORATION (d/b/a ECOTALITY NORTH AMERICA), *et al.*,[1]<br><br>Debtors. | Case No. 2:13-BK-16126 (RJH)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**ORDER GRANTING APPLICATION FOR LIMITED ADMISSION OF CHARLES R. GIBBS FOR *PRO HAC VICE* ADMISSION** |
| This filing applies to:<br><br>■ All Debtors<br><br>☐ Specified Debtors | |

---

[1] The Debtors in these jointly administered chapter 11 cases and the last four digits of their respective Employer Identification Numbers are: (i) ECOtality, Inc. (5422); (ii) Electric Transportation Engineering Corporation (4755); (iii) ECOtality Stores, Inc. (2643); (iv) ETEC North, LLC (n/a); (v) The Clarity Group, Inc. (8832); and (vi) G.H.V. Refrigeration, Inc. (4512). The Debtors' service address at ECOtality, Inc.'s corporate headquarters is Post Montgomery Center, One Montgomery Street, Suite 2525, San Francisco, California 94104.

1  The Court, having reviewed the *Application of Charles R. Gibbs for Pro Hac Vice*
2  *Admission* (the "**Application**") to appear in the above case under Local Bankruptcy Rule 2090-
3  1(c), and good cause appearing therefore,
4  IT IS HEREBY ORDERED that the Application is granted and Charles R. Gibbs is
5  admitted *pro hac vice* for purposes of appearing and participating in all matters relating to the
6  above-captioned chapter 11 cases, including, but not limited to, adversary proceedings.

**\*\* DATED AND SIGNED ABOVE \*\***

PARKER SCHWARTZ, PLLC
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020