| | |
|---|---|
| CHARLES R. GIBBS (*pro hac vice*)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1700 Pacific Avenue<br>Dallas, Texas 75201<br>Telephone: (214) 969-2800<br>Facsimile: (214) 969-4343 | DAVID P. SIMONDS (*pro hac vice*)<br>ARUN KURICHETY (*pro hac vice*)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, California 90067<br>Telephone: (310) 229-1000<br>Facsimile: (310) 229-1001 |

– and –

JARED G. PARKER (SBN: 6428)
PARKER SCHWARTZ, PLLC
7310 N. 16th St., Suite 330
Phoenix, Arizona 85020
Telephone:  (602) 282-0476
Facsimile:  (602) 282-0478

[Proposed] Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ELECTRIC TRANSPORTATION ENGINEERING CORPORATION (d/b/a ECOTALITY NORTH AMERICA), *et al.*,[1]<br><br>Debtors.<br><br>This filing applies to:<br><br>■ All Debtors<br>☐ Specified Debtors | Case No. 2:13-BK-16126 (RJH)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**NOTICE OF ENTRY OF INTERIM ORDER: (I) AUTHORIZING DEBTORS TO OBTAIN POST-PETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, AND 364; (II) GRANTING ADEQUATE PROTECTION TO MATERIALMEN PURSUANT TO 11 U.S.C. §§ 361, 362, 363 AND 364; AND (III) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULES 4001(B) AND 4001(C)** |

---

[1] The Debtors in these jointly administered chapter 11 cases and the last four digits of their respective Employer Identification Numbers are:  (i) ECOtality, Inc. (5422); (ii) Electric Transportation Engineering Corporation (4755); (iii) ECOtality Stores, Inc. (2643); (iv) ETEC North, LLC (n/a); (v) The Clarity Group, Inc. (8832); and (vi) G.H.V. Refrigeration, Inc. (4512).  The Debtors' service address at ECOtality, Inc.'s corporate headquarters is Post Montgomery Center, One Montgomery Street, Suite 2525, San Francisco, California 94104.

1

**PLEASE TAKE NOTICE** that the *Interim Order (I) Authorizing Debtors to Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364; (II) Granting Adequate Protection to Materialmen Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364; and (III) Scheduling A Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c)* [ECF No. 53] was entered in the above-captioned matter on September 19, 2013. A copy of the above-referenced order may be obtained directly from the Bankruptcy Court's website at www.azb.uscourts.gov (requires the establishment of a PACER account), or on the website of the Debtors' claims, noticing and solicitation agent, Kurtzman Carson Consultants, LLC, at www.kccllc.net/ECOtality, or by submitting a request to the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE THAT YOUR RIGHTS MAY BE AFFECTED.**

**PLEASE TAKE FURTHER NOTICE** that if an objection has been filed and served on a timely basis, the final hearing on this matter shall be held on **October 3, 2013 at 10:00 a.m. (Mountain Standard Time).** If a response is not timely filed and served, the Court may enter an order authorizing the Debtors to incur postpetition financing (the "***DIP Financing***") on a final basis and granting related relief, the Court may deem any opposition waived, treat the Motion as conceded, and enter an appropriate order granting the requested relief without further notice or hearing. Any party in interest objecting to the DIP Financing, or any of the terms thereof, shall file written objections with the Clerk of the Court no later than **October 3, 2013 at 10:00 a.m. (Mountain Standard Time)**, and objections shall be served so that they are received on or before such date and time by: (a) Akin Gump Strauss Hauer & Feld LLP, 2029 Century Park East, Suite 2400, Los Angeles, CA 90067-3010, Attention: David P. Simonds; (b) Waller Lansden Dortch & Davis, LLP, 511 Union Street, Suite 2700, Nashville, TN 37219, Attention: Michael R. Paslay, Esq. and Robert P. Sweeter, Esq.; and (c) the Office of the United States Trustee for the District of Arizona.

Dated: September 19, 2013

PARKER SCHWARTZ, PLLC

By: /s/ Jared G. Parker
    Jared G. Parker

– and –

AKIN GUMP STRAUSS HAUER & FELD LLP

Charles R. Gibbs (*pro hac vice*)
David P. Simonds (*pro hac vice*)
Arun Kurichety (*pro hac vice*)

[Proposed] Attorneys for the Debtors
and Debtors in Possession