ILENE J. LASHINSKY (#003073)
United States Trustee

ELIZABETH C. AMOROSI (#010755)
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Phone: (602) 682-2608
FAX: (602) 514-7270
Email: Elizabeth.C.Amorosi@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ELECTRIC TRANSPORTATION ENGINEERING CORPORATION (d/b/a ECOTALITY NORTH AMERICA), *et al,* *<br><br>_____ Debtors. _____<br><br>This filing applies to:<br><br>■ All Debtors<br>☐ Specified Debtor(s) | In Proceedings under Chapter 11<br><br>Case No. 2:13-bk-16126-RJH<br><br>Jointly Administered<br><br>**APPOINTMENT OF OFFICIAL JOINT COMMITTEE OF UNSECURED CREDITORS** |

*The Debtors in these jointly administered chapter 11 cases and the last four digits of their respective Employer Identification Numbers are: (i) ECOtality, Inc. (5422); (ii) Electric Transportation Engineering Corporation (4755); (iii) ECOtality Stores, Inc. (2643); (iv) ETEC North, LLC (n/a); (v) The Clarity Group, Inc. (8832); and (vi) G.H.V. Refrigeration, Inc. (4512). The Debtors' service address at ECOtality, Inc's corporate headquarters is Post Montgomery Center, One Montgomery Street, Suite 2525, San Francisco, California 94104.

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following creditors of the above-captioned Debtors being among those holding the largest unsecured claims and who are willing to serve are appointed to the official joint committee of unsecured creditors:

    1.    BOARD OF REGENTS OF THE UNIVERISTY OF NEBRASKA
          ATTN: Jeanne Wicks, Director, Office of Sponsored Programs
          UNLOSP, Alex West
          312 N. 14th St.
          Lincoln, NE 68588-0430
          Phone: 402-472-3171
          Fax: 402472-9323
          Email: jwicks@unl.edu

2. SATURN ELECTRIC INC.
ATTN: Timothy A, Dudek, President
7552 Trade St.
San Diego CA 92121
Phone: 858-271-4100
Fax: 858-271-0230
Email: tim@saturnelectric.com

3. HANNAH SOLAR, LLC and/or Worry Free Energy, LLC dba Worry Free Power
ATTN: Peter H. Marte, CEO
2135 Defoor Hills Rd., Suite M
Atlanta GA 30318
Phone: 404-609-7005
Fax: 404-609-7655
Email: pete.marte@hannahsolar.com

4. KORTMAN ELECTRIC INC.
ATTN: Karl Kortman
2416 South 17th Place
Phoenix AZ 85034
Phone: 602-792-1829
Fax: 602-256-6125
Email: karl@kortmaninc.com

5. GMA MANUFACTURING LLC
ATTN: Gary Abramczyk, V.P.
2075 E. 5th Street
Tempe, AZ 85281
Phone: 480-398-4300
Fax: 480-398-4202
Email: info@gma-mfg.com

RESPECTFULLY SUBMITTED

ILENE J. LASHINSKY
United States Trustee
District of Arizona

September 24, 2013

/s/ ECA ( #010755)
Elizabeth C. Amorosi
Assistant United States Trustee

Copy of the foregoing mailed via
First Class mail on September 24, 2013, to:

Jared G. Parker
PARKER SCHWARTZ, PLLC
7310 North 16th Street, Suite 330
Phoenix, AZ 85020
Debtors' Attorney

s/ CMP