CHARLES R. GIBBS (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
cgibbs@akingump.com

DAVID P. SIMONDS (admitted *pro hac vice*)
ARUN KURICHETY (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (310) 229-1000
Facsimile: (310) 229-1001
dsimonds@akingump.com
akurichety@akingump.com

– and –

JARED G. PARKER (SBN: 6428)
PARKER SCHWARTZ, PLLC
7310 N. 16th St., Suite 330
Phoenix, Arizona 85020
Telephone: (602) 282-0476
Facsimile: (602) 282-0478
jparker@psazlaw.com

Attorneys for Debtors
And Debtors in Possession

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 2:13-BK-16126 (RJH) |
| ELECTRIC TRANSPORTATION ENGINEERING CORPORATION (d/b/a ECOTALITY NORTH AMERICA), *et al.,*[1] | Chapter 11 |
| | Jointly Administered |
| Debtors. | **NOTICE OF SUCCESSFUL BIDDERS** |
| This filing applies to: ■ All Debtors ☐ Specified Debtors | |

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On September 16, 2013, ECOtality, Inc. and Electric Transportation Engineering Corporation and certain of their affiliates that are debtors and debtors in possession (collectively, the

---

[1] The Debtors in these jointly administered chapter 11 cases and the last four digits of their respective Employer Identification Numbers are: (i) ECOtality, Inc. (5422); (ii) Electric Transportation Engineering Corporation (4755); (iii) ECOtality Stores, Inc. (2643); (iv) ETEC North, LLC (n/a); (v) The Clarity Group, Inc. (8832); and (vi) G.H.V. Refrigeration, Inc. (4512). The Debtors' service address at ECOtality, Inc.'s corporate headquarters is Post Montgomery Center, One Montgomery Street, Suite 2525, San Francisco, California 94104.

"***Debtors***") filed petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Arizona.

2. On September 17, 2013, the Debtors filed a motion seeking, among other things, entry of an order (the "***Bidding Procedures Order***"): (i) approving procedures (the "***Bidding Procedures***") for (a) submitting bids for the purchase of their assets, and (b) conducting an auction (the "***Auction***") with respect thereto; and (ii) authorizing, but not requiring, the Debtors to enter into a "stalking horse" agreement (the "***Stalking Horse Agreement***") with one or more bidders for the purpose of establishing a minimum acceptable bid(s) for the Assets.

3. On October 5, 2013, pursuant to the Bidding Procedures and the Bidding Procedures Order, the Debtors filed the *Notice of Debtors' Entry Into Stalking Horse Agreement with Tellus Power, Inc. and Filing of Proposed Form of Sale Order* [Docket No. 143].

4. On October 8, 2013, the Debtors conducted the Auction at the offices of Quarles & Brady LLP in Phoenix, Arizona.

5. As a result of the Auction, the Debtors, in consultation with the Creditors' Committee, reviewed each Qualified Bid that was submitted and determined, in their business judgment, that the highest and best bids were submitted by Blink Acquisition LLC, Access Control Group, L.L.C. and Intertek Testing Services NA, Inc. (collectively, the "***Successful Bids***") for an aggregate purchase price of $4.335 million, with each such party agreeing to purchase separate assets of the Debtors' estates and with certain assets being excluded from the proposed sales and retained by the Debtors' estates.

6. The Debtors will seek Court approval of the Successful Bids at the Sale Hearing on **Wednesday, October 9, 2013 at 1:30 p.m. (MST)**, or at such other time as the Court deems appropriate.

7. Pursuant to the Bidding Procedures, the Debtors may adjourn, continue, re-open, or terminate the Auction, subject to any required approval of the Court, and reserve the right to adopt other and further rules and procedures for the Auction that, in their business judgment and in consultation with the Creditors' Committee, will better promote the goals of the Auction.

Dated: October 9, 2013

PARKER SCHWARTZ, PLLC

By: */s/ Jared G. Parker*
     Jared G. Parker

– and –

AKIN GUMP STRAUSS HAUER & FELD LLP

Charles R. Gibbs (admitted *pro hac vice*)
David P. Simonds (admitted *pro hac vice*)
Arun Kurichety (admitted *pro hac vice*)

Attorneys for the Debtors and Debtors in Possession

2