ELECTRIC TRANSPORTATION ENGINEERING CORPORATION, et al.,
SUMMARY EXHIBIT A
TOTAL HOURS, FEES AND EXPENSES
FOR THE PERIOD 9/16/2013 THROUGH 10/31/2013

| Fixed Fee Crisis Management Services | | | | | | |
|---|---|---|---|---|---|---|
| Consultant | Level | Hours | Rate | Fees | Expenses | Total |
| Woodward, David | Senior Managing Director | NA | $895 | $ 112,500.00 | $ 5,559.33 | $ 118,059.33 |
| *Total Fixed Fee Crisis Management Services* | | NA | | $ 112,500.00 | $ 5,559.33 | $ 118,059.33 |
| **Hourly Crisis Management Services** | | | | | | |
| Consultant | Level | Hours | Rate | Fees | Expenses | Total |
| Imhoff, Dewey | Senior Managing Director | 17.5 | $895 | $ 15,662.50 | $ - | $ 15,662.50 |
| Tucker, Michael A | Senior Managing Director | 13.9 | $675 | $ 9,382.50 | $ - | $ 9,382.50 |
| Davis, Jerome | Director | 55.8 | $500 | $ 27,900.00 | $ - | $ 27,900.00 |
| Bielenberg, David | Senior Consultant | 0.7 | $420 | $ 294.00 | $ - | $ 294.00 |
| *Total Hourly Crisis Management Services* | | 87.9 | | $ 53,239.00 | $ - | $ 53,239.00 |
| **Financial Advisory Services** | | | | | | |
| Consultant | Level | Hours | Rate | Fees | Expenses | Total |
| LeWand, Christopher | Senior Managing Director | NA | $895 | NA | $ 3,688.29 | $ 3,688.29 |
| Feeley, Brett | Senior Consultant | NA | $465 | NA | $ 4,701.92 | $ 4,701.92 |
| *Financial Advisory Fees Due:* | | | | | | |
| Monthly Advisory Fee and Transaction Fee | | | | $ 500,000.00 | $ - | $ - |
| **Total Financial Advisory Services** | | | | $ 500,000.00 | $ 8,390.21 | $ 508,390.21 |
| **Total Fixed Fee and Hourly Crisis Management Services** | | | | $ 665,739.00 | $ 13,949.54 | $ 679,688.54 |
| Application of Cash on Account | | | | | | $ (245,011.81) |
| **Total Payment Due** | | | | | | $ 434,676.73 |

*ELECTRIC TRANSPORTATION ENGINEERING CORPORATOIN, et al.,*
*SUMMARY EXHIBIT B*
*TIME CHARGES INCURRED BY PROFESSIONAL BY ACTIVITY CODE*
*FOR THE PERIOD 9/16/2013 THROUGH 10/31/2013*

| *Consultant* | *Hours* | *Fees* |
|---|---:|---:|
| *Analysis of Bankruptcy Motions/Orders (01)* | | |
| Davis, Jerome | 7.3 | 3,650.00 |
| Imhoff, Dewey | 1.5 | 1,342.50 |
| Tucker, Michael A | 0.3 | 202.50 |
| *Total Analysis for Bankruptcy Motions/Orders* | *9.1* | *5,195.00* |
| *Analysis of Claims and Liabilities (02)* | | |
| Davis, Jerome | 5.5 | 2,750.00 |
| *Total Analysis of Claims and Liabilites* | *5.5* | *2,750.00* |
| *Analysis of SOFAs & SOALs (03)* | | |
| Davis, Jerome | 40.3 | 20,150.00 |
| *Total of SOFAs & SOALs* | *40.3* | *20,150.00* |
| *Analyze/Review Employee Reduction Initiatives (04)* | | |
| Imhoff, Dewey | 5.8 | 5,191.00 |
| *Total Analyz/Review Employee Reduction Initatives* | *5.8* | *5,191.00* |
| *Asset Sales (05)* | | |
| Davis, Jerome | 2.1 | 1,050.00 |
| *Total Asset Sales* | *2.1* | *1,050.00* |
| *Case Management (06)* | | |
| Davis, Jerome | 0.3 | 150.00 |
| Imhoff, Dewey | 4.2 | 3,759.00 |
| *Total Case Management* | *4.5* | *3,909.00* |
| *Liquidity, Cash Management and Financing Matters (07)* | | |
| Davis, Jerome | 0.3 | 150.00 |
| Imhoff, Dewey | 0.9 | 805.50 |
| *Total for Analysis and Monitoring* | *1.2* | *955.50* |

*ELECTRIC TRANSPORTATION ENGINEERING CORPORATOIN, et al.,*
*SUMMARY EXHIBIT B*
*TIME CHARGES INCURRED BY PROFESSIONAL BY ACTIVITY CODE*
*FOR THE PERIOD 9/16/2013 THROUGH 10/31/2013*

*Prepare for and Attend Court Hearings (08)*

| | | |
|---|---:|---:|
| Imhoff, Dewey | 2.0 | 1,790.00 |
| *Total Prepare for and Attend Court Hearings* | *2.0* | *1,790.00* |

*Wind Down Monitoring (09)*

| | | |
|---|---:|---:|
| Bielenberg, David | 0.7 | 294.00 |
| Imhoff, Dewey | 3.1 | 2,774.50 |
| Tucker, Michael A | 13.6 | 9,180.00 |
| *Total Wind Down Monitoring* | *17.4* | *12,248.50* |

| | | |
|---|---:|---:|
| *Grand Total* | *87.9* | *53,239.00* |

# ELECTRIC TRANSPORTATION ENGINEERING CORPORATION, et al.,
# SUMMARY OF EXHIBIT C
# DETAILED PROFESSIONAL ACTIVITY BY HOURS AND FEES BY PROJECT CATEGORY
# FOR THE PERIOD 9/16/2013 THROUGH 10/31/2013

## *Analysis of Bankruptcy Motions/Orders (01)*

| Date | Professional | Activity | Hours | Fees |
|---|---|---|---|---|
| 16-Sep-13 | Davis, Jerome | Correspond with S. Herrmann (ECO) regarding sales taxes. | 0.1 | 50.00 |
| 16-Sep-13 | Davis, Jerome | Revise Exhibit A based on email correspondence with A. Kurichety (Akin). | 0.1 | 50.00 |
| 16-Sep-13 | Davis, Jerome | Review correspondence from KCC regarding timing of filing. | 0.1 | 50.00 |
| 16-Sep-13 | Davis, Jerome | Participate in discussion with A. Kurichety (Akin) regarding Exhibit A to petition information. | 0.2 | 100.00 |
| 16-Sep-13 | Davis, Jerome | Follow-up correspondence with A. Kuichety (Akin) and changes to Exhibit A. | 0.3 | 150.00 |
| 16-Sep-13 | Davis, Jerome | Participate in discussion with K. Lane (ECO) regarding public shareholder information. | 0.3 | 150.00 |
| 16-Sep-13 | Davis, Jerome | Participate in discussion with A. Kurichety (Akin) regarding open items for filing. | 0.3 | 150.00 |
| 16-Sep-13 | Imhoff, Dewey | Review NOL Tax analysis prepared by management. | 0.4 | 358.00 |
| 16-Sep-13 | Davis, Jerome | Review tax motion based on email from T. McRoberts (Akin). | 0.4 | 200.00 |
| 16-Sep-13 | Davis, Jerome | Participate in discussion with S. Blackwell (ECO) regarding status of filing, outstanding items, and scheduling. | 0.4 | 200.00 |
| 16-Sep-13 | Davis, Jerome | Review Exhibit A Shareholder form and discuss same with K. Lane (ECO). | 0.4 | 200.00 |
| 16-Sep-13 | Davis, Jerome | Research Exhibit A Petition information and update based on discussion with A. Kurichety (Akin). | 0.9 | 450.00 |
| 17-Sep-13 | Davis, Jerome | Correspond with S. Blackwell (ECO) regarding creditor matrix and update. | 0.3 | 150.00 |
| 17-Sep-13 | Davis, Jerome | Correspond with A. Kurichety (Akin) regarding DOE claim and offsetting amounts. | 0.3 | 150.00 |
| 17-Sep-13 | Davis, Jerome | Correspond with S. Blackwell (ECO) regarding email addresses and fax numbers for Top 30 Creditors in response to request from US Trustee. | 0.4 | 200.00 |
| 17-Sep-13 | Imhoff, Dewey | Review 1st Day Pleadings and motions. | 1.1 | 984.50 |
| 18-Sep-13 | Davis, Jerome | Correspond with S. Blackwell (ECO) regarding email and fax contact information for top 30 creditors. | 0.1 | 50.00 |
| 18-Sep-13 | Davis, Jerome | Correspond with A. Kurichety (Akin) regarding ECOtality balance sheets and petition information. | 0.1 | 50.00 |

**ELECTRIC TRANSPORTATION ENGINEERING CORPORATION, et al.,
SUMMARY OF EXHIBIT C
DETAILED PROFESSIONAL ACTIVITY BY HOURS AND FEES BY PROJECT CATEGORY
FOR THE PERIOD 9/16/2013 THROUGH 10/31/2013**

### *Analysis of Bankruptcy Motions/Orders (01)*

| Date | Professional | Activity | Hours | Fees |
|---|---|---|---|---|
| 18-Sep-13 | Davis, Jerome | Prepare email correspondence to A. Kurichety (Akin) regarding creditor matrix. | 0.2 | 100.00 |
| 19-Sep-13 | Davis, Jerome | Prepare email correspondence to A. Kurichety (Akin) regarding balance sheet assets and liabilities used for petition details. | 0.2 | 100.00 |
| 19-Sep-13 | Davis, Jerome | Participate in discussion with S. Blackwell (ECO) and B. Frye (ECO) regarding Arizona Utility provider request from K. Lee (Akin). | 0.3 | 150.00 |
| 19-Sep-13 | Davis, Jerome | Prepare for first day hearings and respond to various requests from A. Kurichety (Akin), S. Herrmann (ECO) and D. Woodward (FTI). | 0.6 | 300.00 |
| 20-Sep-13 | Tucker, Michael A | Participate in discussion with J. Davis (FTI) regarding key follow-up items for Company and workplan. | 0.3 | 202.50 |
| 20-Sep-13 | Davis, Jerome | Participate in discussion with M. Tucker (FTI) regarding key follow-up items for Company and workplan. | 0.3 | 150.00 |
| 02-Oct-13 | Davis, Jerome | Prepare email correspondence to S. Blackwell (ECO) regarding list of parties included on creditor matrix. | 0.1 | 50.00 |
| 02-Oct-13 | Davis, Jerome | Correspond with D. Simmonds (Akin) regarding review creditor matrix and prepare list of parties included in creditor matrix. | 0.9 | 450.00 |
| **Subtotal** | | | **9.1** | **5,195.00** |

### *Analysis of Claims and Liabilities (02)*

| Date | Professional | Activity | Hours | Fees |
|---|---|---|---|---|
| 26-Sep-13 | Davis, Jerome | Participate in meeting with S. Herrmann (ECO) regarding cure schedule. | 0.2 | 100.00 |
| 26-Sep-13 | Davis, Jerome | Participate in discussion with A. Kurichety (Akin) regarding status of statements and schedules and cure schedule. | 0.3 | 150.00 |
| 26-Sep-13 | Davis, Jerome | Participate in meeting with S. Blackwell (ECO) regarding cure schedule. | 0.3 | 150.00 |
| 27-Sep-13 | Davis, Jerome | Participate in discussion with S. Herrmann (ECO) regarding cure schedule and status of statements. | 0.2 | 100.00 |
| 27-Sep-13 | Davis, Jerome | Participate on conference call with KCC regarding noticing of executory contract noticing. | 0.3 | 150.00 |
| 27-Sep-13 | Davis, Jerome | Participate in discussion with A. Kurichety (ECO) regarding executory contract noticing. | 0.3 | 150.00 |

**ELECTRIC TRANSPORTATION ENGINEERING CORPORATION, et al.,**
**SUMMARY OF EXHIBIT C**
**DETAILED PROFESSIONAL ACTIVITY BY HOURS AND FEES BY PROJECT CATEGORY**
**FOR THE PERIOD 9/16/2013 THROUGH 10/31/2013**

### *Analysis of Claims and Liabilities (02)*

| Date | Professional | Activity | Hours | Fees |
|---|---|---|---|---|
| 27-Sep-13 | Davis, Jerome | Prepare and revise cure schedule exhibit based on correspondence with A. Kurichety (Akin). | 0.4 | 200.00 |
| 27-Sep-13 | Davis, Jerome | Participate in meeting with S. Herrmann (ECO) and correspondence with S. Blackwell (ECO) and review and analyze cure schedule for noticing. | 2.9 | 1,450.00 |
| 04-Oct-13 | Davis, Jerome | Correspond with S. Blackwell (ECO) and A. Kurichety (Akin) regarding EV project deferred revenue amounts. | 0.3 | 150.00 |
| 07-Oct-13 | Davis, Jerome | Review correspondence from K. Lee (Akin) and S. Blackwell (ECO) regarding cure amounts. | 0.3 | 150.00 |
| **Subtotal** | | | **5.5** | **2,750.00** |

### *Analysis of SOFAs & SOALs (03)*

| Date | Professional | Activity | Hours | Fees |
|---|---|---|---|---|
| 16-Sep-13 | Davis, Jerome | Review statements and schedules with S. Blackwell (ECO). | 0.6 | 300.00 |
| 17-Sep-13 | Davis, Jerome | Participate in discussion with S. Blackwell (ECO) regarding former employees contact information requested by US Trustee. | 0.2 | 100.00 |
| 17-Sep-13 | Davis, Jerome | Review addresses and contact information received from S. Blackwell (ECO) and distribute information to K. Lee (Akin). | 0.2 | 100.00 |
| 18-Sep-13 | Davis, Jerome | Correspond with Company and K. Lee (Akin) regarding Cisco Capital contact information. | 0.1 | 50.00 |
| 19-Sep-13 | Davis, Jerome | Participate in discussion with B. Frye regarding Innergy corporate overhead allocation. | 0.2 | 100.00 |
| 19-Sep-13 | Davis, Jerome | Participate in discussion with S. Blackwell (ECO) regarding EV Project claims and letter to company. | 0.3 | 150.00 |
| 19-Sep-13 | Davis, Jerome | Conference call with T. McRoberts (Akin), S. Herrmann (ECO) and S. Blackwell (ECO) regarding statements and schedules. | 1.1 | 550.00 |
| 19-Sep-13 | Davis, Jerome | Review statements and schedules with S. Blackwell (ECO). | 1.4 | 700.00 |
| 20-Sep-13 | Davis, Jerome | Participate in discussion with D. Woodward (FTI) regarding statements and schedules. | 0.2 | 100.00 |
| 20-Sep-13 | Davis, Jerome | Participate in discussion with A. Kurichety (Akin) regarding statements and schedules. | 0.4 | 200.00 |

**ELECTRIC TRANSPORTATION ENGINEERING CORPORATION, et al.,**
**SUMMARY OF EXHIBIT C**
**DETAILED PROFESSIONAL ACTIVITY BY HOURS AND FEES BY PROJECT CATEGORY**
**FOR THE PERIOD 9/16/2013 THROUGH 10/31/2013**

## *Analysis of SOFAs & SOALs (03)*

| Date | Professional | Activity | Hours | Fees |
|---|---|---|---|---|
| 20-Sep-13 | Davis, Jerome | Participate in discussion with S. Blackwell (ECO) regarding statements and schedules. | 0.6 | 300.00 |
| 20-Sep-13 | Davis, Jerome | Prepare status of statements and schedules tracking sheet and distribute to Company. | 1.9 | 950.00 |
| 21-Sep-13 | Davis, Jerome | Prepare email to S. Herrmann (ECO) regarding statements and schedules templates. | 0.2 | 100.00 |
| 23-Sep-13 | Davis, Jerome | Work with company on statements and schedules. | 2.2 | 1,100.00 |
| 24-Sep-13 | Davis, Jerome | Work with company on statements and schedules. | 1.6 | 800.00 |
| 25-Sep-13 | Davis, Jerome | Work with company on statements and schedules. | 2.2 | 1,100.00 |
| 26-Sep-13 | Davis, Jerome | Participate in discussion with B. Frye (ECO) regarding outstanding retainers. | 0.2 | 100.00 |
| 26-Sep-13 | Davis, Jerome | Participate in discussion with K. Lane (ECO) regarding outstanding items for statement of financial affairs. | 0.3 | 150.00 |
| 26-Sep-13 | Davis, Jerome | Correspond with S. Herrmann (ECO) regarding statements and schedules. | 0.3 | 150.00 |
| 26-Sep-13 | Davis, Jerome | Correspond with E. Gershbein (KCC) regarding statements and schedules. | 0.3 | 150.00 |
| 26-Sep-13 | Davis, Jerome | Participate in discussion and correspondence with G. Gershein (KCC) regarding ECOtality legal entities and statements and schedules. | 0.4 | 200.00 |
| 26-Sep-13 | Davis, Jerome | Prepare and distribute status schedule of outstanding items to D. Woodward (FTI), A. Kurichety (Akin), T. McRoberts (Akin), S. Herrmann (ECO), S. Blackwell (ECO) and K. Lane (ECO). | 0.4 | 200.00 |
| 26-Sep-13 | Davis, Jerome | Participate in discussion with A. Kurichety (Akin), S. Herrmann (ECO) and S. Blackwell (ECO) regarding contract installer claim amounts for statements and schedules. | 0.5 | 250.00 |
| 26-Sep-13 | Davis, Jerome | Review Statement of Financial Affairs with S. Herrmann (ECO) and K. Lane (ECO). | 0.6 | 300.00 |
| 26-Sep-13 | Davis, Jerome | Prepare, review and distribute Statement of Assets and Liabilities information to E. Gershbein (KCC). | 3.1 | 1,550.00 |
| 27-Sep-13 | Davis, Jerome | Review list of losses for ETEC and ECOtality statements and schedules and distribute to KCC for inclusion into statements and schedules. | 0.3 | 150.00 |

**ELECTRIC TRANSPORTATION ENGINEERING CORPORATION, et al.,
SUMMARY OF EXHIBIT C
DETAILED PROFESSIONAL ACTIVITY BY HOURS AND FEES BY PROJECT CATEGORY
FOR THE PERIOD 9/16/2013 THROUGH 10/31/2013**

### *Analysis of SOFAs & SOALs (03)*

| Date | Professional | Activity | Hours | Fees |
|---|---|---|---|---|
| 27-Sep-13 | Davis, Jerome | Review patents and trademark lists with S. Herrmann (ECO), send request to include to KCC and follow-up correspondence with A. Estrada (KCC). | 0.6 | 300.00 |
| 27-Sep-13 | Davis, Jerome | Participate in meeting with S. Herrmann (ECO) and correspondence with S. Blackwell (ECO) and regarding outstanding statements and schedule requests. | 3.1 | 1,550.00 |
| 28-Sep-13 | Davis, Jerome | Prepare email correspondence to S. Herrmann (ECO) and D. Woodward (FTI) regarding outstanding items needed to complete statements and schedules. | 0.3 | 150.00 |
| 28-Sep-13 | Davis, Jerome | Correspond with S. Herrmann (ECO) regarding statements and schedules. | 0.4 | 200.00 |
| 28-Sep-13 | Davis, Jerome | Prepare list of KCC corrections from statements and schedules review and correspondence with E. Gershbein (KCC) regarding statements and schedules. | 0.5 | 250.00 |
| 28-Sep-13 | Davis, Jerome | Review statements and schedules and prepare list of issues. | 3.1 | 1,550.00 |
| 29-Sep-13 | Davis, Jerome | Prepare email correspondence to S. Herrmann (ECO) and D. Woodward (FTI) regarding outstanding items needed to complete statements and schedules. | 0.2 | 100.00 |
| 29-Sep-13 | Davis, Jerome | Correspond with A. Estrada (KCC) regarding statements and schedule changes. | 0.2 | 100.00 |
| 29-Sep-13 | Davis, Jerome | Review and distribute revised statements and schedules to ECO management team and counsel. | 0.6 | 300.00 |
| 29-Sep-13 | Davis, Jerome | Revise statements and schedules based on correspondence with S. Herrmann (ECO). | 0.9 | 450.00 |
| 29-Sep-13 | Davis, Jerome | Review statements and schedules and prepare list of issues. | 1.4 | 700.00 |
| 30-Sep-13 | Davis, Jerome | Correspond with KCC and A. Kurichety (Akin) regarding signature pages for statements and schedules. | 0.1 | 50.00 |
| 30-Sep-13 | Davis, Jerome | Correspond with E. Gershbein (KCC) regarding SOAL changes to schedule B and schedule F. | 0.1 | 50.00 |
| 30-Sep-13 | Davis, Jerome | Participate in discussion with A. Kurichety (Akin) and T. Mcroberts (Akin) regarding statements and schedules. | 0.2 | 100.00 |
| 30-Sep-13 | Davis, Jerome | Participate in discussion with S. Blackwell (ECO) regarding priority claim revisions. | 0.3 | 150.00 |
| 30-Sep-13 | Davis, Jerome | Participate in discussion with K. Lane (ECO) regarding SOFA schedules. | 0.3 | 150.00 |

**ELECTRIC TRANSPORTATION ENGINEERING CORPORATION, et al.,
SUMMARY OF EXHIBIT C
DETAILED PROFESSIONAL ACTIVITY BY HOURS AND FEES BY PROJECT CATEGORY
FOR THE PERIOD 9/16/2013 THROUGH 10/31/2013**

### *Analysis of SOFAs & SOALs (03)*

| Date | Professional | Activity | Hours | Fees |
|---|---|---|---|---|
| 30-Sep-13 | Davis, Jerome | Participate in discussion with S. Herrmann (ECO) regarding severance payments and employee wage order. | 0.3 | 150.00 |
| 30-Sep-13 | Davis, Jerome | Revise SOAL schedule B and distribute to E. Gershbein (KCC). | 0.4 | 200.00 |
| 30-Sep-13 | Davis, Jerome | Review and revise schedule F based on Participate in discussion with A. Kurichety (Akin). | 0.4 | 200.00 |
| 30-Sep-13 | Davis, Jerome | Update SOFA 4a for civil suits and distribute exhibit to KCC. | 0.7 | 350.00 |
| 30-Sep-13 | Davis, Jerome | Review and revise global assumptions received from T. Mcroberts (Akin), discuss with S. Blackwell (ECO). | 0.9 | 450.00 |
| 30-Sep-13 | Davis, Jerome | Continue to prepare and finalize statements and schedules with Company Management. | 2.6 | 1,300.00 |
| 30-Sep-13 | Davis, Jerome | Review and revise drafts of the SOFA and SOAL with S. Herrmann (ECO) and S. Blackwell (ECO). | 2.9 | 1,450.00 |
| **Subtotal** | | | **40.3** | **20,150.00** |

### *Analyze/Review Employee Reduction Initiatives (04)*

| Date | Professional | Activity | Hours | Fees |
|---|---|---|---|---|
| 23-Sep-13 | Imhoff, Dewey | Review comparable cases materials for Retention/KEIP plans. | 0.8 | 716.00 |
| 24-Sep-13 | Imhoff, Dewey | Participate on call with D. Woodward (FTI) regarding discussion of employee plans. | 0.2 | 179.00 |
| 24-Sep-13 | Imhoff, Dewey | Review updated retention list to employee list. | 0.5 | 447.50 |
| 24-Sep-13 | Imhoff, Dewey | Participate on call with S. Hermann (EC), M. Jones (Eco) and A. Kurichety (AG-part of call) discuss IP and RP. | 1.4 | 1,253.00 |
| 25-Sep-13 | Imhoff, Dewey | Work on narrative for KEIP and Retention Plan. | 0.8 | 716.00 |
| 26-Sep-13 | Imhoff, Dewey | Participate on call with D. Woodward (FTI) regarding discussion of employee plans. | 0.1 | 89.50 |
| 26-Sep-13 | Imhoff, Dewey | Review client update to emplyee participants in KEIP and Retention Plan. | 0.3 | 268.50 |
| 27-Sep-13 | Imhoff, Dewey | Participate on call with D. Simmonds (AG) regarding case matters including KEIP and Retention Plan. | 0.3 | 268.50 |
| 01-Oct-13 | Imhoff, Dewey | Participate on call with D. Woodward (FTI) regarding employee plans. | 0.1 | 89.50 |

**ELECTRIC TRANSPORTATION ENGINEERING CORPORATION, et al.,
SUMMARY OF EXHIBIT C
DETAILED PROFESSIONAL ACTIVITY BY HOURS AND FEES BY PROJECT CATEGORY
FOR THE PERIOD 9/16/2013 THROUGH 10/31/2013**

## *Analyze/Review Employee Reduction Initiatives (04)*

| Date | Professional | Activity | Hours | Fees |
|---|---|---|---|---|
| 01-Oct-13 | Imhoff, Dewey | Read and comment on Retention/KEIP plans motion including reviewing comments from Akin Gump and D. Woodward (FTI). | 1.3 | 1,163.50 |
| **Subtotal** | | | **5.8** | **5,191.00** |

## *Asset Sales (05)*

| Date | Professional | Activity | Hours | Fees |
|---|---|---|---|---|
| 19-Sep-13 | Davis, Jerome | Correspond with C. LeWand (FTI) regarding sale process and key company contacts. | 0.1 | 50.00 |
| 19-Sep-13 | Davis, Jerome | Participate in discussion with C. LeWand (FTI) regarding sale process. | 0.2 | 100.00 |
| 19-Sep-13 | Davis, Jerome | Review ECOtality teaser prepared by C. LeWand (FTI). | 0.4 | 200.00 |
| 19-Sep-13 | Davis, Jerome | Revise ECOtality teaser and prepare follow-up correspondence to C. LeWand (FTI). | 0.7 | 350.00 |
| 20-Sep-13 | Davis, Jerome | Review correspondence regarding sale process and teaser from C. LeWand (FTI). | 0.2 | 100.00 |
| 20-Sep-13 | Davis, Jerome | Review ECOtality data room structure received from M. Eichinger (ECO) and prepare follow-up Correspond regarding additional items. | 0.3 | 150.00 |
| 30-Sep-13 | Davis, Jerome | Correspond with B. Feeley (FTI) regarding Guaranty Solutions interest in auction process. | 0.2 | 100.00 |
| **Subtotal** | | | **2.1** | **1,050.00** |

## *Case Management (06)*

| Date | Professional | Activity | Hours | Fees |
|---|---|---|---|---|
| 17-Sep-13 | Imhoff, Dewey | Read case correspondence. | 0.2 | 179.00 |
| 18-Sep-13 | Imhoff, Dewey | Read and Comment on FTI Retention papers. | 0.7 | 626.50 |
| 23-Sep-13 | Imhoff, Dewey | Read case correspondence. | 0.1 | 89.50 |
| 23-Sep-13 | Imhoff, Dewey | Participate on call with D. Woodward (FTI) regarding retention papers. | 0.2 | 179.00 |

**ELECTRIC TRANSPORTATION ENGINEERING CORPORATION, et al.,
SUMMARY OF EXHIBIT C
DETAILED PROFESSIONAL ACTIVITY BY HOURS AND FEES BY PROJECT CATEGORY
FOR THE PERIOD 9/16/2013 THROUGH 10/31/2013**

## *Case Management (06)*

| Date | Professional | Activity | Hours | Fees |
|---|---|---|---|---|
| 26-Sep-13 | Imhoff, Dewey | Read case correspondence. | 0.1 | 89.50 |
| 26-Sep-13 | Davis, Jerome | Participate in discussion with D. Woodward (FTI) for SOFA's. | 0.3 | 150.00 |
| 27-Sep-13 | Imhoff, Dewey | Participate on call with D. Woodward (FTI) regarding status update on case matters. | 0.2 | 179.00 |
| 01-Oct-13 | Imhoff, Dewey | Read case correspondence. | 0.1 | 89.50 |
| 03-Oct-13 | Imhoff, Dewey | Provide details to Company for FINRA request. | 0.1 | 89.50 |
| 03-Oct-13 | Imhoff, Dewey | Read case correspondence. | 0.1 | 89.50 |
| 03-Oct-13 | Imhoff, Dewey | Participate on call with D. Woodward (FTI) regarding status update on case matters. | 0.4 | 358.00 |
| 06-Oct-13 | Imhoff, Dewey | Read case correspondence. | 0.2 | 179.00 |
| 07-Oct-13 | Imhoff, Dewey | Read and comment on C. Lewand (FTI) questions relating to company information. | 0.3 | 268.50 |
| 09-Oct-13 | Imhoff, Dewey | Status update conversation with D. Woodward regarding auction and next steps. | 0.5 | 447.50 |
| 22-Oct-13 | Imhoff, Dewey | Participate on call with D. Woodward (FTI) regarding questions on assets purchased, employees and wind down process. | 0.3 | 268.50 |
| 30-Oct-13 | Imhoff, Dewey | Read case correspondence. | 0.1 | 89.50 |
| 30-Oct-13 | Imhoff, Dewey | Review latest changes and variances in in plan data provided by management. | 0.6 | 537.00 |
| **Subtotal** | | | **4.5** | **3,909.00** |

## *Liquidity, Cash Management and Financing Matters (07)*

| Date | Professional | Activity | Hours | Fees |
|---|---|---|---|---|
| 16-Sep-13 | Davis, Jerome | Review cash flow actuals and cash balance and discuss with S. Blackwell (ECO). | 0.2 | 100.00 |
| 16-Sep-13 | Imhoff, Dewey | Review draft of Nissan/Eco Credit Agreement. | 0.6 | 537.00 |
| 17-Sep-13 | Davis, Jerome | Review ECOtality cash position and discuss same with S. Blackwell (ECO). | 0.1 | 50.00 |
| 30-Oct-13 | Imhoff, Dewey | Read and Comment on DIP schedules. | 0.3 | 268.50 |

**ELECTRIC TRANSPORTATION ENGINEERING CORPORATION, et al.,
SUMMARY OF EXHIBIT C
DETAILED PROFESSIONAL ACTIVITY BY HOURS AND FEES BY PROJECT CATEGORY
FOR THE PERIOD 9/16/2013 THROUGH 10/31/2013**

## *Liquidity, Cash Management and Financing Matters (07)*

| Date | Professional | Activity | Hours | Fees |
|---|---|---|---|---|
| **Subtotal** | | | **1.2** | **955.50** |

## *Prepare for and Attend Court Hearings (08)*

| Date | Professional | Activity | Hours | Fees |
|---|---|---|---|---|
| 09-Oct-13 | Imhoff, Dewey | Court hearing (participated by Phone). | 2.0 | 1,790.00 |
| **Subtotal** | | | **2.0** | **1,790.00** |

## *Wind Down Monitoring (9)*

| Date | Professional | Activity | Hours | Fees |
|---|---|---|---|---|
| 22-Oct-13 | Imhoff, Dewey | Follow up on call with D. Woodward (FTI) regarding wind down. | 0.1 | 89.50 |
| 22-Oct-13 | Imhoff, Dewey | Review of preliminary wind down approaches and plans. | 0.4 | 358.00 |
| 23-Oct-13 | Imhoff, Dewey | Read email correspondence on wind down process. | 0.1 | 89.50 |
| 23-Oct-13 | Tucker, Michael A | Review wind down plan drat outline. | 0.1 | 67.50 |
| 23-Oct-13 | Imhoff, Dewey | Participate on call with D. Woodward (FTI) regarding wind down process. | 0.2 | 179.00 |
| 23-Oct-13 | Tucker, Michael A | Participate in discussion with D. Woodward (FTI) regarding wind down plan. | 0.3 | 202.50 |
| 23-Oct-13 | Imhoff, Dewey | Participate on call (part of call) with Akin, FTI and S. Hermann (ECO) regarding transition process, wind down resources and assets purchased by buyers. | 0.7 | 626.50 |
| 24-Oct-13 | Imhoff, Dewey | Work session with D. Woodward (FTI) regarding wind down process and next steps. | 0.5 | 447.50 |
| 24-Oct-13 | Tucker, Michael A | Review wind down plan outline and discuss with S. Hermann, S. Blackwell and D. Woodward. | 1.9 | 1,282.50 |
| 25-Oct-13 | Tucker, Michael A | Conference with C. Johnsen (Jennings Strouss) regarding status of Committee's view on wind down. | 0.5 | 337.50 |
| 25-Oct-13 | Tucker, Michael A | Conference with S. Hermann (CFO) and S. Blackwell (Controller) regarding wind down plan and follow up analysis on same. | 1.8 | 1,215.00 |
| 28-Oct-13 | Imhoff, Dewey | Work on Client Matter. | 0.5 | 447.50 |

**ELECTRIC TRANSPORTATION ENGINEERING CORPORATION, et al.,
SUMMARY OF EXHIBIT C
DETAILED PROFESSIONAL ACTIVITY BY HOURS AND FEES BY PROJECT CATEGORY
FOR THE PERIOD 9/16/2013 THROUGH 10/31/2013**

### *Wind Down Monitoring (9)*

| Date | Professional | Activity | Hours | Fees |
|---|---|---|---|---|
| 28-Oct-13 | Tucker, Michael A | Review assets left for wind down and related emails. | 0.7 | 472.50 |
| 29-Oct-13 | Imhoff, Dewey | Review wind down projections and plans. | 0.3 | 268.50 |
| 29-Oct-13 | Tucker, Michael A | Prepare for and conference with counsel and management regarding wind down issues; Plan follow up , items on sale. | 1.5 | 1,012.50 |
| 30-Oct-13 | Imhoff, Dewey | Review wind down projections and plans. | 0.1 | 89.50 |
| 30-Oct-13 | Imhoff, Dewey | Participate on call with D. Woodward (FTI) regarding wind down plans and next steps. | 0.2 | 179.00 |
| 30-Oct-13 | Tucker, Michael A | Discuss wind down and case with J. Parker (Counsel). | 0.3 | 202.50 |
| 30-Oct-13 | Bielenberg, David | Prepare summary schedules of ECOtality and ETEC payments to credits by name, dollar amount, and subtotals for creditors receiving greater than $10K. | 0.7 | 294.00 |
| 30-Oct-13 | Tucker, Michael A | Review payment information in 90 days before filing and analyze for preference planning. | 1.4 | 945.00 |
| 30-Oct-13 | Tucker, Michael A | Review wind down information from company and participate in conference call on same with J. Parker (Counsel), Akin and company. | 2.9 | 1,957.50 |
| 31-Oct-13 | Tucker, Michael A | Prepare for and participate in meeting with management and J. Parker (Counsel) regarding wind down plans. | 2.2 | 1,485.00 |
| **Subtotal** | | | **17.4** | **12,248.50** |
| | | | | |
| ***Grand Total*** | | | **87.9** | **53,239.00** |

**ELECTRIC TRANSPORTATION ENGINEERING CORPORATION, et al.,
SUMMARY EXHIBIT D
PROFESSIONAL EXPENSES INCURRED BY CATEGORY
FOR THE PERIOD 9/16/2013 THROUGH 10/31/2013**

*Airfare*

| Professional/Service | Date | Expense Description | Expense |
|---|---|---|---|
| Woodward, David | 16-Sep-13 | Roundtrip coach airfare - Detroit, MI/Phoenix, AZ (09/17/2013 - 09/20/2013). | $1,540.35 |
| Woodward, David | 18-Sep-13 | Roundtrip coach airfare - Detroit, MI/Phoenix, AZ (09/17/2013 - 09/19/2013). | $714.63 |
| LeWand, Christopher | 19-Sep-13 | Roundtrip coach airfare - Denver, CO/Phoenix, AZ (9/18/2013 - 09/19/2013). | $383.80 |
| LeWand, Christopher | 24-Sep-13 | Roundtrip coach airfare - Denver, CO/Phoenix, AZ (09/09/2013 - 09/24/2013). | $349.11 |
| Feeley, Brett | 26-Sep-13 | Roundtrip coach airfare - Denver, CO/Phoenix, AZ (09/23/2013 - 09/26/2013). | $367.51 |
| Woodward, David | 30-Sep-13 | Roundtrip coach airfare - Detroit, MI/Phoenix, AZ (10/07/2013 - 10/10/2013). | $931.80 |
| LeWand, Christopher | 02-Oct-13 | Roundtrip coach airfare - San Francisco, CA/Phoenix, AZ 09/30/2013 - 10/02/2013). | $411.05 |
| Feeley, Brett | 04-Oct-13 | Roundtrip coach airfare - Denver, CO/Phoenix, AZ (09/30/2013 - 10/04/2013). | $260.80 |
| Woodward, David | 09-Oct-13 | Airfare - Premium Economy, David Woodward, DTW - PHX, 10/07/2013 - 10/07/2013. Airfare - David Woodward. Transportation--Client Auction | $367.00 |
| LeWand, Christopher | 10-Oct-13 | Roundtrip coach airfare - Denver, CO/Phoenix, AZ (10/7/2013 - 10/10/2013). | $246.90 |
| Feeley, Brett | 10-Oct-13 | One-way coach airfare - Denver, CO/Phoenix, AZ (10/07/2013). | $314.25 |
| Feeley, Brett | 10-Oct-13 | One-way coach airfare - Phoenix, AZ/Denver, CO (10/10/2013). | $265.60 |
| | | | **$6,152.80** |

*Lodging*

| Professional/Service | Date | Expense Description | Expense |
|---|---|---|---|
| Woodward, David | 19-Sep-13 | Lodging in Phoenix, AZ - 2 nights (09/17/2013 - 09/19/2013). | $469.28 |
| LeWand, Christopher | 20-Sep-13 | Lodging in Phoenix, AZ - 1 nights (09/18/2013 - 09/19/2013). | $230.15 |
| Feeley, Brett | 23-Sep-13 | Lodging in Phoenix, AZ - 4 nights (09/23/2013 - 09/26/2013). | $602.88 |

**ELECTRIC TRANSPORTATION ENGINEERING CORPORATION, et al.,
SUMMARY EXHIBIT D
PROFESSIONAL EXPENSES INCURRED BY CATEGORY
FOR THE PERIOD 9/16/2013 THROUGH 10/31/2013**

## *Lodging*

| Professional/Service | Date | Expense Description | Expense |
|---|---|---|---|
| LeWand, Christopher | 25-Sep-13 | Lodging in Phoenix, AZ - 1 night (09/23/2013 - 09/24/2013).  client trip | $224.54 |
| Feeley, Brett | 03-Oct-13 | Lodging in Phoenix, AZ - 3 nights (09/30/2013 - 10/03/2013). | $608.88 |
| Feeley, Brett | 07-Oct-13 | Lodging in Phoenix, AZ - 1 night (10/07/2013 - 10/08/2013). | $448.19 |
| LeWand, Christopher | 08-Oct-13 | Lodging in Phoenix, AZ - 2 nights (10/07/2013 - 10/09/2013). | $626.68 |
| Woodward, David | 10-Oct-13 | Lodging in Phoenix, AZ - 3 nights (10/07/2013 - 10/10/2013). | $552.27 |
| Feeley, Brett | 10-Oct-13 | Lodging in Phoenix, AZ - 2 nights (10/08/2013 - 10/10/2013). | $765.68 |
| LeWand, Christopher | 10-Oct-13 | Lodging in Phoenix, AZ - 1 night (10/09/2013 - 10/10/2013). | $185.25 |
| | | | **$4,713.80** |

## *Meals*

| Professional/Service | Date | Expense Description | Expense |
|---|---|---|---|
| Woodward, David | 17-Sep-13 | Out of town meal/dinner; M. Woodward (FTI). | $51.69 |
| Woodward, David | 17-Sep-13 | Out of town meal/lunch; M. Woodward (FTI). | $15.00 |
| LeWand, Christopher | 18-Sep-13 | Out of town meal/lunch; C. LeWand (FTI). | $5.14 |
| Woodward, David | 18-Sep-13 | Out of town meal/dinner; M. Woodward (FTI). | $34.44 |
| Woodward, David | 19-Sep-13 | Out of town meal/lunch; M. Woodward (FTI). | $28.45 |
| LeWand, Christopher | 19-Sep-13 | Out of town meal/lunch; C. LeWand (FTI). | $15.48 |
| LeWand, Christopher | 19-Sep-13 | Out of town meal/breakfast; C. LeWand (FTI). | $14.08 |
| LeWand, Christopher | 19-Sep-13 | Out of town meal/breakfast; C. LeWand (FTI). | $9.88 |
| LeWand, Christopher | 20-Sep-13 | Out of town meal/dinner; C. LeWand (FTI). | $50.00 |
| LeWand, Christopher | 23-Sep-13 | Out of town meal/dinner; C. LeWand (FTI) and B. Feeley (FTI). | $24.04 |
| Feeley, Brett | 23-Sep-13 | Out of town meal/breakfast; B. Feeley (FTI). | $13.77 |
| LeWand, Christopher | 23-Sep-13 | Out of town meal/breakfast; C. LeWand (FTI). | $7.09 |
| LeWand, Christopher | 23-Sep-13 | Out of town meal/lunch; C. LeWand (FTI). | $10.81 |

**ELECTRIC TRANSPORTATION ENGINEERING CORPORATION, et al.,
SUMMARY EXHIBIT D
PROFESSIONAL EXPENSES INCURRED BY CATEGORY
FOR THE PERIOD 9/16/2013 THROUGH 10/31/2013**

## *Meals*

| Professional/Service | Date | Expense Description | Expense |
|---|---|---|---|
| Feeley, Brett | 23-Sep-13 | Out of town meal/dinner; B. Feeley (FTI). | $45.99 |
| Feeley, Brett | 24-Sep-13 | Out of town meal/breakfast; B. Feeley (FTI). | $10.23 |
| LeWand, Christopher | 24-Sep-13 | Out of town meal/breakfast; C. LeWand (FTI). | $12.72 |
| LeWand, Christopher | 24-Sep-13 | Out of town meal/lunch; C. LeWand (FTI). | $19.28 |
| Feeley, Brett | 24-Sep-13 | Out of town meal/dinner; B. Feeley (FTI). | $50.00 |
| Feeley, Brett | 24-Sep-13 | Out of town meal/lunch; B. Feeley (FTI). | $9.82 |
| Feeley, Brett | 25-Sep-13 | Out of town meal/dinner; B. Feeley (FTI). | $11.70 |
| LeWand, Christopher | 25-Sep-13 | Out of town meal/dinner; C. LeWand (FTI). | $50.00 |
| Feeley, Brett | 25-Sep-13 | Out of town meal/lunch; B. Feeley (FTI). | $12.72 |
| Feeley, Brett | 25-Sep-13 | Out of town meal/breakfast; B. Feeley (FTI). | $18.65 |
| Feeley, Brett | 26-Sep-13 | Out of town meal/lunch; B. Feeley (FTI). | $11.64 |
| Feeley, Brett | 26-Sep-13 | Out of town meal/dinner; B. Feeley (FTI). | $12.40 |
| Feeley, Brett | 26-Sep-13 | Out of town meal/breakfast; B. Feeley (FTI). | $10.23 |
| Feeley, Brett | 30-Sep-13 | Out of town meal/dinner; B. Feeley (FTI). | $32.35 |
| Feeley, Brett | 30-Sep-13 | Out of town meal/breakfast; B. Feeley (FTI). | $7.55 |
| Feeley, Brett | 30-Sep-13 | Out of town meal/lunch; B. Feeley (FTI). | $11.97 |
| Feeley, Brett | 01-Oct-13 | Out of town meal/dinner; B. Feeley (FTI). | $39.54 |
| Feeley, Brett | 01-Oct-13 | Out of town meal/breakfast; B. Feeley (FTI). | $6.39 |
| Feeley, Brett | 01-Oct-13 | Out of town meal/lunch; B. Feeley (FTI). | $8.19 |
| Feeley, Brett | 02-Oct-13 | Out of town meal/breakfast; B. Feeley (FTI). | $22.40 |
| Feeley, Brett | 02-Oct-13 | Out of town meal/lunch; B. Feeley (FTI). | $8.19 |
| Feeley, Brett | 02-Oct-13 | Out of town meal/dinner; B. Feeley (FTI). | $46.43 |
| Feeley, Brett | 03-Oct-13 | Out of town meal/breakfast; B. Feeley (FTI). | $6.39 |
| Feeley, Brett | 03-Oct-13 | Out of town meal/lunch; B. Feeley (FTI). | $14.12 |

# ELECTRIC TRANSPORTATION ENGINEERING CORPORATION, et al.,
# SUMMARY EXHIBIT D
# PROFESSIONAL EXPENSES INCURRED BY CATEGORY
# FOR THE PERIOD 9/16/2013 THROUGH 10/31/2013

## *Meals*

| Professional/Service | Date | Expense Description | Expense |
|---|---|---|---|
| LeWand, Christopher | 07-Oct-13 | Out of town meal/dinner; C. LeWand (FTI) and B. Feeley (FTI). | $100.00 |
| Woodward, David | 07-Oct-13 | Out of town meal/lunch; M. Woodward (FTI). | $17.82 |
| Woodward, David | 07-Oct-13 | Out of town meal/dinner; M. Woodward (FTI). | $62.24 |
| LeWand, Christopher | 07-Oct-13 | Out of town meal/lunch; C. LeWand (FTI). | $50.00 |
| LeWand, Christopher | 07-Oct-13 | Out of town meal/lunch; C. LeWand (FTI). | $11.53 |
| Feeley, Brett | 07-Oct-13 | Out of town meal/breakfast; B. Feeley (FTI). | $11.12 |
| Feeley, Brett | 07-Oct-13 | Out of town meal/lunch; B. Feeley (FTI), C. LeWand (FTI) and D. Woodward (FTI). | $63.60 |
| LeWand, Christopher | 08-Oct-13 | Out of town meal/breakfast; C. LeWand (FTI). | $5.25 |
| Woodward, David | 08-Oct-13 | Out of town meal/breakfast; M. Woodward (FTI). | $17.90 |
| Woodward, David | 08-Oct-13 | Out of town meal/dinner; M. Woodward (FTI). | $47.57 |
| Woodward, David | 08-Oct-13 | Out of town meal/lunch; M. Woodward (FTI). | $15.92 |
| LeWand, Christopher | 08-Oct-13 | Out of town meal/dinner; C. LeWand (FTI). | $50.00 |
| LeWand, Christopher | 09-Oct-13 | Out of town meal/breakfast; C. LeWand (FTI). | $6.09 |
| Feeley, Brett | 09-Oct-13 | Out of town meal/dinner; B. Feeley (FTI). | $16.04 |
| Woodward, David | 09-Oct-13 | Out of town meal/lunch; M. Woodward (FTI). | $11.67 |
| Woodward, David | 09-Oct-13 | Out of town meal/breakfast; M. Woodward (FTI). | $17.82 |
| Woodward, David | 09-Oct-13 | Out of town meal/dinner; M. Woodward (FTI). | $19.59 |
| LeWand, Christopher | 09-Oct-13 | Out of town meal/dinner; C. LeWand (FTI). | $22.46 |
| LeWand, Christopher | 09-Oct-13 | Out of town meal/lunch; C. LeWand (FTI). | $8.66 |
| Feeley, Brett | 09-Oct-13 | Out of town meal/breakfast; B. Feeley (FTI). | $19.39 |
| LeWand, Christopher | 10-Oct-13 | Out of town meal/dinner; C. LeWand (FTI). | $17.54 |
| Woodward, David | 10-Oct-13 | Out of town meal/breakfast; M. Woodward (FTI). | $20.00 |
| Feeley, Brett | 10-Oct-13 | Out of town meal/lunch; B. Feeley (FTI) and C. LeWand (FTI) | $29.45 |

**ELECTRIC TRANSPORTATION ENGINEERING CORPORATION, et al.,**
**SUMMARY EXHIBIT D**
**PROFESSIONAL EXPENSES INCURRED BY CATEGORY**
**FOR THE PERIOD 9/16/2013 THROUGH 10/31/2013**

## *Meals*

| Professional/Service | Date | Expense Description | Expense |
|---|---|---|---|
| Feeley, Brett | 10-Oct-13 | Out of town meal/breakfast; B. Feeley (FTI). | $6.39 |

| | | | **$1,406.82** |
|---|---|---|---|

## *Other*

| Professional/Service | Date | Expense Description | Expense |
|---|---|---|---|
| Woodward, David | 17-Sep-13 | Internet services while traveling. | $20.95 |
| Woodward, David | 19-Sep-13 | Internet services while traveling. | $20.95 |
| LeWand, Christopher | 25-Sep-13 | Internet services while traveling. | $20.95 |
| Feeley, Brett | 03-Oct-13 | Internet services while traveling. | $4.95 |
| LeWand, Christopher | 07-Oct-13 | Internet services while traveling. | $4.95 |
| Woodward, David | 07-Oct-13 | Internet services while traveling. | $20.95 |
| Feeley, Brett | 10-Oct-13 | Internet services while traveling. | $4.95 |
| LeWand, Christopher | 10-Oct-13 | Internet services while traveling. | $4.95 |
| Woodward, David | 11-Oct-13 | Internet services while traveling. | $20.95 |

| | | | **$124.55** |
|---|---|---|---|

## *Transportation*

| Professional/Service | Date | Expense Description | Expense |
|---|---|---|---|
| Woodward, David | 17-Sep-13 | Taxi - Phoenix airport to Client offices. | $20.00 |
| Woodward, David | 17-Sep-13 | Mileage - roundtrip residence to Detroit, MI airport (70 miles less $2.00 std ded @ 56.5¢ per mile). | $37.55 |
| LeWand, Christopher | 18-Sep-13 | Taxi - Phoenix airport to client office. | $45.00 |
| Woodward, David | 18-Sep-13 | Taxi - hotel to Client offices. | $8.00 |
| LeWand, Christopher | 19-Sep-13 | Taxi - client office to Phoenix airport. | $20.00 |
| LeWand, Christopher | 19-Sep-13 | Parking at Denver, CO airport. | $46.00 |
| LeWand, Christopher | 19-Sep-13 | Parking at Sheraton in Phoenix, AZ. | $17.36 |

**ELECTRIC TRANSPORTATION ENGINEERING CORPORATION, et al.,
SUMMARY EXHIBIT D
PROFESSIONAL EXPENSES INCURRED BY CATEGORY
FOR THE PERIOD 9/16/2013 THROUGH 10/31/2013**

*Transportation*

| Professional/Service | Date | Expense Description | Expense |
|---|---|---|---|
| LeWand, Christopher | 19-Sep-13 | Transportation - roundtrip residence to Denver, CO airport (58 miles less $2.00 std ded @ 56.5¢ per mile). | $32.77 |
| Woodward, David | 20-Sep-13 | Taxi - hotel to Phoenix Airport. | $18.00 |
| Woodward, David | 20-Sep-13 | Parking at Detroit, MI airport. | $99.00 |
| Feeley, Brett | 23-Sep-13 | Taxi - residence to Denver, CO airport. | $60.00 |
| LeWand, Christopher | 23-Sep-13 | Transportation - roundtrip residence to Denver, CO airport (58 miles less $2.00 std ded @ 56.5¢ per mile). | $32.77 |
| LeWand, Christopher | 24-Sep-13 | Taxi - client office to Phoenix airport. | $20.00 |
| LeWand, Christopher | 24-Sep-13 | Parking at Denver, CO airport. | $34.50 |
| Feeley, Brett | 24-Sep-13 | Parking meter downtown Phoenix, AZ. | $1.50 |
| LeWand, Christopher | 25-Sep-13 | Parking in Phoenix, AZ. | $28.00 |
| Feeley, Brett | 25-Sep-13 | Taxi - client office to restaurant. | $10.00 |
| Feeley, Brett | 26-Sep-13 | Taxi - client office to Phoenix, AZ airport. | $35.50 |
| Feeley, Brett | 26-Sep-13 | Taxi - hotel to client office. | $7.00 |
| Feeley, Brett | 27-Sep-13 | Taxi - Denver airport to residence. | $67.90 |
| Feeley, Brett | 30-Sep-13 | Taxi - Phoenix airport to client office. | $26.37 |
| Feeley, Brett | 30-Sep-13 | Taxi - residence to Denver airport. | $61.00 |
| Woodward, David | 01-Oct-13 | Taxi - hotel to Auction meeting. | $30.44 |
| Feeley, Brett | 02-Oct-13 | Taxi - hotel to client office. | $7.00 |
| Feeley, Brett | 03-Oct-13 | Taxi - Denver airport to residence. | $66.15 |
| Feeley, Brett | 03-Oct-13 | Taxi - hotel to client office. | $7.00 |
| Woodward, David | 07-Oct-13 | Mileage - roundtrip residence to Detroit, MI airport (70 miles less $2.00 std ded @ 56.5¢ per mile). | $37.55 |
| Woodward, David | 07-Oct-13 | Mileage - roundtrip residence to Detroit, MI airport (70 miles less $2.00 std ded @ 56.5¢ per mile). | $37.55 |
| Woodward, David | 07-Oct-13 | Taxi - Phoenix airport to hotel. | $20.00 |

**ELECTRIC TRANSPORTATION ENGINEERING CORPORATION, et al.,**
**SUMMARY EXHIBIT D**
**PROFESSIONAL EXPENSES INCURRED BY CATEGORY**
**FOR THE PERIOD 9/16/2013 THROUGH 10/31/2013**

### *Transportation*

| Professional/Service | Date | Expense Description | Expense |
|---|---|---|---|
| Woodward, David | 07-Oct-13 | Taxi - hotel to Auction site. | $20.00 |
| Feeley, Brett | 07-Oct-13 | Parking at Kinkos in Phoenix, AZ. | $10.00 |
| Feeley, Brett | 07-Oct-13 | Parking for lunch in Phoenix, AZ. | $2.25 |
| LeWand, Christopher | 07-Oct-13 | Transportation - roundtrip residence to Denver, CO airport (58 miles less $2.00 std ded @ 56.5¢ per mile). | $32.77 |
| LeWand, Christopher | 07-Oct-13 | Taxi - Denver airport to client office. | $31.74 |
| Feeley, Brett | 07-Oct-13 | Taxi - residence to Denver airport. | $61.00 |
| LeWand, Christopher | 08-Oct-13 | Parking in Phoenix, AZ. | $17.00 |
| Woodward, David | 09-Oct-13 | Taxi - hotel to Auction hearing. | $30.00 |
| Woodward, David | 09-Oct-13 | Taxi - Auction hearing to hotel. | $30.00 |
| LeWand, Christopher | 09-Oct-13 | Parking during court hearing in Phoenix, AZ. | $12.00 |
| LeWand, Christopher | 10-Oct-13 | Parking at Denver, CO airport. | $92.00 |
| LeWand, Christopher | 10-Oct-13 | Taxi - client office to Phoenix airport. | $20.00 |
| LeWand, Christopher | 10-Oct-13 | Parking in Phoenix, AZ. | $28.00 |
| Woodward, David | 10-Oct-13 | Taxi - hotel to Phoenix airport. | $20.00 |
| Feeley, Brett | 10-Oct-13 | Taxi - Denver airport to residence. | $78.90 |
| Woodward, David | 10-Oct-13 | Parking at Detroit, MI airport. | $132.00 |
| | | | **$1,551.57** |

| *Grand Total* | | | **$13,949.54** |
|---|---|---|---|