In Re:
Chapter 11
2:13-bk-16126-RJH

ELECTRIC TRANSPORTATION
ENGINEERING CORPORATION
(d/b/a ECOTALITY NORTH
AMERICA), et al.,[1]

DEBTORS

| | |
|---|---|
| FEES AND COSTS PREVIOUSLY REQUESTED | NAME OF APPLICANT |
| $0.00 | Parker Schwartz, PLLC |

| | |
|---|---|
| FEES AND COSTS PREVIOUSLY AWARDED | ROLE IN CASE |
| $0.00 | Attorney for Debtors |

| | |
|---|---|
| RETAINER | CURRENT APPLICATION TOTAL |
| $26,000.00 | Fee Requested: $74,660.00 |
| | Expenses Requested: $1,963.35 |

APPLICATION SUMMARY:

| Name of Professionals | Year Admitted | Hourly Rate | Hours Billed | Total Fees |
|---|---|---|---|---|
| Jared G. Parker | 1980 | $465.00 | 126.3 | $58,729.50 |
| Lawrence D. Hirsch | 1977 | $450.00 | 4.1 | $1,845.00 |
| Linda Miernik | N/A | $180.00 | 34.6 | $6,228.00 |
| Elizabeth R. Kiss | N/A | $125.00 | 51.5 | $6,437.50 |
| Alexander Goody | N/A | $100.00 | 13.7 | $1,420.00 |
| | | | | |

FEES AND COSTS:          $76,623.35

Jared G. Parker, Esq.
*Parker Schwartz, PLLC*
7310 N. 16 Street, Suite 330
Phoenix, Arizona 85020
Phone: 602-282-0477
Fax: 602-282-0478
Email: jparker@psazlaw.com

[1] The Debtors in these jointly administered chapter 11 cases and the last four digits of their respective Employer Identification Numbers are: (i) ECOtality, Inc. (5422); (ii) Electric Transportation Engineering Corporation (4755); (iii) ECOtality Stores, Inc. (2643); (iv) ETEC North, LLC (n/a); (v) The Clarity Group, Inc. (8832); and (vi) G.H.V. Refrigeration, Inc. (4512). The Debtors' service address at ECOtality, Inc.'s corporate headquarters is Post Montgomery Center, One Montgomery Street, Suite 2525, San Francisco, California 94104.

CHARLES R. GIBBS (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
cgibbs@akingump.com

-- and --

JARED G. PARKER (SBN: 6428)
PARKER SCHWARTZ, PLLC
7310 N. 16th St., Suite 330
Phoenix, Arizona 85020
Telephone:   (602) 282-0476
Facsimile:   (602) 282-0478
jparker@psazlaw.com

DAVID P. SIMONDS (admitted *pro hac vice*)
ARUN KURICHETY (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone:  (310) 229-1000
Facsimile:  (310) 229-1001
dsimonds@akingump.com
akurichety@akingump.com

Attorneys for Debtors
And Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ELECTRIC TRANSPORTATION ENGINEERING CORPORATION (d/b/a ECOTALITY NORTH AMERICA), *et al.*,[1]<br><br>Debtors.<br><br>---<br><br>This filing applies to:<br><br>■ All Debtors<br><br>☐ Specified Debtors | Case No. 2:13-BK-16126 (RJH)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**FIRST APPLICATION OF PARKER SCHWARTZ, PLLC FOR INTERIM COMPENSATION OF ATTORNEY FEES AND COSTS** |

---

[1] The Debtors in these jointly administered chapter 11 cases and the last four digits of their respective Employer Identification Numbers are: (i) ECOtality, Inc. (5422); (ii) Electric Transportation Engineering Corporation (4755); (iii) ECOtality Stores, Inc. (2643); (iv) ETEC North, LLC (n/a); (v) The Clarity Group, Inc. (8832); and (vi) G.H.V. Refrigeration, Inc. (4512). The Debtors' service address at ECOtality, Inc.'s corporate headquarters is Post Montgomery Center, One Montgomery Street, Suite 2525, San Francisco, California 94104.

TO:   THE HONORABLE RANDOLPH J. HAINES
        UNITED STATES BANKRUPTCY JUDGE

*Parker Schwartz, PLLC* ("Applicant or Parker Schwartz"), through Jared G. Parker, hereby submits, pursuant to 11 U.S.C. Sec. 327, Sec. 328 and Sec. 331, its Application for Interim Compensation in the above-captioned case.

1.      Applicant serves as Arizona counsel for the Debtors with Akin Gump Strauss Hauer & Feld LLP ("*Akin Gump*") being primary counsel. Essentially simultaneously with the filing of this Application, Akin Gump and FTI, Debtors' Financial Advisor, have filed their applications. The application of Akin Gump provides detail as to the history and general progress of these complex and expedited cases. The present Application will not repeat that information, but will focus on the role of Parker Schwartz.

2.      Applicant was brought into the cases in early September, prior to the bankruptcy filings, and participated in strategizing as to the impending Chapter 11 cases, analysis and revision of necessary first day orders, and advance coordination with the Office of the U.S. Trustee as to anticipated issues and urgent filings. During the Application Period, Applicant provided services typical of local counsel, including advising as to local law, rules and practice, final review and filing of all motions and other papers, processing of contacts and inquiries from creditors, bidders, other interested parties and the press, and serving as primary contact with the Judge's staff, the Clerk's office and the office of the U.S. Trustee. Applicant was also centrally involved in planning and coordinating certain local aspects of the auction sale. Having significant experience with complex Chapter 11 cases in Arizona, the undersigned was also called upon to offer input as to legal issues and strategy questions, and to handle certain discreet issues where it made sense to do so. Toward the end of the Application Period, once the sale of the bulk of Debtors' assets had closed, Akin Gump and Debtors began shifting to Applicant a greater degree of responsibility for certain developing processes, such as confirmation of a Plan, the preparation of certain motions and court filings, claims analysis and advising the Debtors through the day-to-day wind down of their companies, while Akin Gump

1

continued to provide assistance with respect to these matters, and deal with ongoing corporate issues and matters arising from the sales of the assets, and other matters.

       3.      The Debtors filed a Chapter 11 Bankruptcy Petition on September 16, 2013.

       4.      Applicant makes this Interim Application pursuant to 11 U.S.C. Sec 331 for compensation for professional services rendered and for reimbursement of out-of-pocket expenses necessarily incurred by the firm during the representation of the Debtors.

       5.      This is Applicant's first application for compensation. This Application is for services rendered from September 16, 2013 through October 31, 2013, ("Application Period").

       6.      During the Application Period, attorneys Jared G. Parker, Lawrence D. Hirsch and the firm's legal assistants have devoted substantial time to rendition of services for the Debtors. The actual hours expended, services performed, rates charged, fees and expenses incurred are detailed on Exhibit "A" and Exhibit "B" attached hereto.

       7.      All professional services for which compensation is required were performed by Applicant for and on behalf of the Debtors herein. Counsels' approved hourly rate is $300.00 to $465.00 and $100.00-$180.00 per hour for legal assistants' time.

       8.      The rates charged by Applicant are the normal charges for routine services rendered in proceedings such as these. These fees are reasonable and the services provided were appropriate and of benefit to the estate.

       9.      According to Applicant's standard hourly rates, the amount owed for services rendered during the Application Period, totals $74,660.00. During the Application Period, Applicant has also incurred reasonable and necessary out-of-pocket expenses in connection with this case in the amount of $1,963.35. The Debtors provided a retainer in the amount of $35,000.00 of which $9,000.00 was for pre-petition services; leaving a retainer balance of $26,000.00 in Counsel's Trust account. Debtors also paid Applicant $7,278.00 which was applied as payment for the filing fees for the six cases. In addition, the statements attached as Exhibit "A" and Exhibit "B" are a substantially complete and detailed listing of time spent, services rendered, fees charged and expenses incurred during the Application Period by counsel.

10.     Applicant has no agreement of any kind, express or implied, to divide with any other person any portion of the compensation sought to be received by it herein.

11.     Debtors have approved this Interim Application.

WHEREFORE, Applicant prays that this Court enter an order as follows:

1.      Approving the allowance of interim compensation to Applicant in the amounts of $74,660.00 for attorney's fees and $1,963.35 for costs for the period of September 16, 2013 through October 31, 2013, inclusive;

2.      Authorizing and directing payment forthwith from the estate to the firm of *Parker Schwartz, PLLC*, of the approved attorney's fees and costs rendered in connection with these proceedings in the total amount of $76,623.35.

RESPECTFULLY SUBMITTED this 26th day of November, 2013.

*PARKER SCHWARTZ, PLLC*


/s/ Jared G. Parker
Jared G. Parker, #006428
*Parker Schwartz, PLLC*
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Attorneys for Debtors

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**EXHIBIT A**

PROFESSIONAL FEE STATEMENT FOR JARED G. PARKER, ESQ.

PARKER SCHWARTZ, PLLC

ATTORNEYS FOR CHAPTER 11 DEBTORS

ELECTRIC TRANSPORTATION ENGINEERING CORPORATION

(d/b/a ECOTALITY NORTH AMERICA), *et al.*

September 16, 2013 through October 31, 2013

# Time Report

ECOtality, Inc. / Post Petition Chapter 11 (7398-2)

## ADMINISTRATIVE

| Date | Name | Time | Amount | Narrative |
|---|---|---|---|---|
| 09/16/2013 | Jared G Parker | 4.30 | $1,999.50 | Follow up on issues as to employment app, first day motions (1.6); communications with US Trustee office re first day motions (.7); phone conferences regarding numerous open issues and logistics for filing petitions and motions and regarding DIP agreement and motion (1.6); confer with co-counsel and UST re claims agent motion (.4) |
| 09/17/2013 | Jared G Parker | 3.60 | $1,674.00 | Numerous calls and emails with Court staff, co-counsel and paralegals regarding scheduling of first day hearing, additional filings; review proposed agenda for hearing (1.7); follow up with US Trustee on several first day issues (.7); coordinate handling of press and interested party calls and emails (1.2) |
| 09/18/2013 | Jared G Parker | 0.60 | $279.00 | Respond to creditor inquiries; attention to correcting 30 largest email addresses |
| 09/18/2013 | Jared G Parker | 0.20 | $93.00 | Meet with L. Miernik re status of various filings |
| 09/18/2013 | Jared G Parker | 0.40 | $186.00 | Meet with C Gibbs regarding numerous strategy issues, responses for different types of callers |
| 09/18/2013 | Jared G Parker | 0.30 | $139.50 | Organize call response system |
| 09/18/2013 | Jared G Parker | 0.30 | $139.50 | Further attention to calls from interested parties and arranging for responses |
| 09/18/2013 | Jared G Parker | 0.50 | $232.50 | Follow up on employment applications, pro hac vice applications and related issues |
| 09/18/2013 | Jared G Parker | 0.50 | $232.50 | Communications with co-counsel and messages to L. Watson re responses to DIP issues |
| 09/19/2013 | Jared G Parker | 0.40 | $186.00 | Finalize pro hac vice applications; arrange for execution and filing |
| 09/19/2013 | Jared G Parker | 5.50 | $2,557.50 | Attend emergency hearing on DIP and first day motions and several conferences at courthouse regarding issues in motions, revisions to orders, and noticing |
| 09/19/2013 | Jared G Parker | 0.40 | $186.00 | Communications with Court and co-counsel regarding status of orders, noticing thereof |
| 09/19/2013 | Jared G Parker | 1.30 | $604.50 | Telephone conference with A. Kurichety and K. Lee regarding noticing issues; review and revise draft notice re DIP loan; execute, arrange for filing and phone calls re mailing |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 09/20/2013 | Jared G Parker | 0.60 | $279.00 | Call from D. Simonds and follow up on entry of orders; attention to calls from interested parties |
| 09/20/2013 | Jared G Parker | 0.30 | $139.50 | Analysis re compensation disclosure and emails with co-counsel re same |
| 09/23/2013 | Jared G Parker | 0.30 | $139.50 | Review and respond to interested party inquiries; email A. Kurichety re conflict information. |
| 09/24/2013 | Jared G Parker | 0.60 | $279.00 | Messages and calls from interested parties; return or refer; inquiries re committee interest |
| 09/24/2013 | Jared G Parker | 0.40 | $186.00 | Calls with co-counsel as to numerous pending issues |
| 09/25/2013 | Jared G Parker | 0.30 | $139.50 | Review and transmit inquiries from interested parties |
| 09/25/2013 | Jared G Parker | 1.00 | $465.00 | Review recent draft filings; analysis re relevant rules and other requirements; confer with L. Miernick |
| 09/25/2013 | Jared G Parker | 0.50 | $232.50 | Telephone conference with D. Simonds and A. Kurichety re Ordinary Course Professionals motion and procedure; message to court re form of order |
| 09/25/2013 | Jared G Parker | 0.30 | $139.50 | Message from SEC; obtain information requested re noticing agent; respond to SEC |
| 09/26/2013 | Jared G Parker | 0.40 | $186.00 | Emails re purported unlisted creditor; message from court re OCP orders |
| 09/27/2013 | Jared G Parker | 0.20 | $93.00 | Emails with D. Simonds re meeting with Committee counsel |
| 09/27/2013 | Jared G Parker | 0.30 | $139.50 | Creditor calls regarding notice received |
| 09/27/2013 | Jared G Parker | 0.30 | $139.50 | Handle inquiries from buyers and creditors |
| 09/30/2013 | Jared G Parker | 0.20 | $93.00 | Check status of pending order and upcoming filings |
| 09/30/2013 | Jared G Parker | 0.10 | $46.50 | Message to D. Simonds re schedules |
| 09/30/2013 | Jared G Parker | 0.70 | $325.50 | Review and revise FTI application; preparation for review, authorization and filing of schedules |
| 09/30/2013 | Jared G Parker | 1.80 | $837.00 | Review and approve schedules and statements; communications regarding issues of possible concern and messages to Clerk's office re same |
| 10/01/2013 | Jared G Parker | 0.40 | $186.00 | Meet with court clerk re possible deficiencies with schedules; email co-counsel re same |
| 10/01/2013 | Jared G Parker | 1.20 | $558.00 | Conference call with co-counsel, FTI and Committee Counsel re issues and strategy of case; follow up call with co-counsel and FTI |
| 10/01/2013 | Jared G Parker | 1.40 | $651.00 | Call from A. Kurichety re electronic filing declaration; confer with L. Hirsch re rules behind same; analysis regarding requirements; Telephone conference with A. Kurichety regarding language issues |
| 10/01/2013 | Jared G Parker | 0.30 | $139.50 | Further analysis of electronic filing declaration language |
| 10/02/2013 | Jared G Parker | 0.50 | $232.50 | Calls from creditors and bidders |

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 10/02/2013 | Jared G Parker | 0.20 | $93.00 | Research as to issues arising from filing declaration and related rules |
| 10/02/2013 | Jared G Parker | 0.40 | $186.00 | Telephone conference with E. Amarosi re FTI application, other pending motions; Telephone conference with co-counsel re same |
| 10/03/2013 | Jared G Parker | 0.50 | $232.50 | Review, analyze and process inquiries and requests from interested parties |
| 10/03/2013 | Jared G Parker | 0.40 | $186.00 | Review objections and other creditor filings |
| 10/03/2013 | Jared G Parker | 0.30 | $139.50 | Analysis re bidding by committee member |
| 10/04/2013 | Jared G Parker | 0.80 | $372.00 | Analysis, research and confer with co-counsel re issues as to Electronic Filing Declaration and Attorney Declaration |
| 10/04/2013 | Jared G Parker | 0.80 | $372.00 | Numerous communications regarding UST concerns as to FTI application |
| 10/04/2013 | Jared G Parker | 0.20 | $93.00 | Review supplemental FTI affidavit and approve filing |
| 10/04/2013 | Jared G Parker | 0.20 | $93.00 | Message to C. Johnsen re fti application |
| 10/06/2013 | Jared G Parker | 0.30 | $139.50 | Telephone conference with C. Johnsen re timing of sale, FTI application |
| 10/06/2013 | Jared G Parker | 0.30 | $139.50 | Telephone conference with D. Simonds re sale timing and arguments supporting FTI application |
| 10/06/2013 | Jared G Parker | 0.80 | $372.00 | Emails with D. Simonds and draft email to UST re FTI application; follow up emails with co-counsel re same |
| 10/06/2013 | Jared G Parker | 0.30 | $139.50 | Finalize and send email to E. Amorosi re FTI application; forward same to C. Johnsen |
| 10/06/2013 | Jared G Parker | 0.30 | $139.50 | Review and revise Declaration of Electronic filing; emails D. Simonds and A. Kurichety re same |
| 10/06/2013 | Jared G Parker | 0.30 | $139.50 | Analysis re ordinary course payment of directors fees |
| 10/07/2013 | Jared G Parker | 0.20 | $93.00 | Email A. Kurichety re Declaration filing |
| 10/07/2013 | Jared G Parker | 0.30 | $139.50 | Review calls from interested parties |
| 10/07/2013 | Jared G Parker | 0.30 | $139.50 | Analysis and Telephone conference with clerk's office re modification of Declaration of Electronic Filing; email to N. Dickerson re same |
| 10/07/2013 | Jared G Parker | 0.20 | $93.00 | Emails with C. Johnsen and D. Simonds re questions as to FTI application |
| 10/07/2013 | Jared G Parker | 0.60 | $279.00 | Emails from D. Woodward re clarification of compensation terms; preliminary discussion with C. Johnsen re same; review application with Clerk, file and arrange for special handling of Elec. Filing |
| 10/07/2013 | Jared G Parker | 0.90 | $418.50 | Meet with S. Herrmann to review and execute Declarations; meet Declarations |
| 10/07/2013 | Jared G Parker | 0.20 | $93.00 | Respond to interested party inquiries |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 10/10/2013 | Jared G Parker | 0.20 | $93.00 | Attention to final Utilities Order |
| 10/10/2013 | Jared G Parker | 0.40 | $186.00 | Attention to IDI information requests and postponement of deadlines |
| 10/10/2013 | Jared G Parker | 1.30 | $604.50 | Calls and emails re changing timing of IDI and/or 341, information needed by UST; review information gathered and still needed |
| 10/11/2013 | Jared G Parker | 0.40 | $186.00 | Review and follow up on deficiency notice |
| 10/11/2013 | Jared G Parker | 0.60 | $279.00 | Communications with co-counsel and FTI re information for and timing of Monthly Operating Report, IDI and 341 |
| 10/14/2013 | Jared G Parker | 0.30 | $139.50 | Review and authorize filing of notice of sale orders, order re Ordinary Course professionals |
| 10/14/2013 | Jared G Parker | 0.40 | $186.00 | Telephone conference with D. Simonds re post sale strategy and staffing |
| 10/15/2013 | Jared G Parker | 0.30 | $139.50 | Creditor calls |
| 10/15/2013 | Jared G Parker | 0.30 | $139.50 | Telephone conference with K. Lee re IDI information |
| 10/15/2013 | Jared G Parker | 0.20 | $93.00 | Emails re IDI information |
| 10/16/2013 | Jared G Parker | 1.50 | $697.50 | Prepare and participate in client conference call in preparation for IDI and 341. Numerous follow up communications with U.S. Trustee and co-counsel re document production issues |
| 10/16/2013 | Jared G Parker | 0.10 | $46.50 | Execute U.S. Trustee attorney authorization letter |
| 10/16/2013 | Jared G Parker | 0.70 | $325.50 | Review Idi information |
| 10/17/2013 | Jared G Parker | 0.30 | $139.50 | Message to UST analyst re IDI information; emails from and to K. Lee re same |
| 10/18/2013 | Jared G Parker | 2.80 | $1,302.00 | Prepare for and attend IDI |
| 10/22/2013 | Jared G Parker | 0.20 | $93.00 | Telephone conference with B of A re DIP account requirements |
| 10/23/2013 | Jared G Parker | 1.10 | $511.50 | Conference call with client group, FTI and co-counsel re path forward |
| 10/23/2013 | Jared G Parker | 0.50 | $232.50 | Review and emails with D. Simonds re outline of wind-down tasks |
| 10/24/2013 | Jared G Parker | 0.30 | $139.50 | Emails with D. Simonds, UST re quick sale motions, fee apps, possible plan structure discussions |
| 10/25/2013 | Jared G Parker | 0.20 | $93.00 | Attention to interim compensation motion |
| 10/25/2013 | Jared G Parker | 0.60 | $279.00 | Further draft interim compensation motion |
| 10/25/2013 | Jared G Parker | 0.30 | $139.50 | Analyis re fee application issues as to FTI |
| 10/25/2013 | Jared G Parker | 0.20 | $93.00 | Call E. Amorosi re new motions |
| 10/29/2013 | Jared G Parker | 0.20 | $93.00 | Review emails from D. Simonds; |
| 10/29/2013 | Jared G Parker | 0.20 | $93.00 | Review open task list |
| 10/30/2013 | Jared G Parker | 0.40 | $186.00 | Telephone conference with D. Simonds re wind-down issues; message to M. Tucker re same |
| 10/31/2013 | Jared G Parker | 0.30 | $139.50 | Analysis re dismissal of unneeded cases |

| Date | Name | Time | Amount | Narrative |
|---|---|---|---|---|
| 10/31/2013 | Jared G Parker | 0.30 | $139.50 | Attention to motions to be filed and issues related thereto |
| 10/31/2013 | Jared G Parker | | | Prepare and attend meeting with M. Tucker; S. Herrmann and controller re budgeting and wind-down plan |
| | TOTAL | 3.00 | $1,395.00 | |
| | | 56.80 | $26,412.00 | |

## ADMINISTRATIVE

| Date | Name | Time | Amount | Narrative |
|---|---|---|---|---|
| 09/16/2013 | Lawrence D Hirsch | 0.10 | $45.00 | Email from attorney Jared Parker regarding delay in filing |
| 09/17/2013 | Lawrence D Hirsch | 0.30 | $135.00 | Review ECF notices and emails between Linda and co-counsel |
| 09/17/2013 | Lawrence D Hirsch | 0.10 | $45.00 | Review article on filing |
| 09/17/2013 | Lawrence D Hirsch | 0.10 | $45.00 | Review meeting of creditors notices in all cases |
| 09/17/2013 | Lawrence D Hirsch | 0.30 | $135.00 | Email from Jared and between counsel and talk to Jared regarding hearings on first day motions and contact with media |
| 09/17/2013 | Lawrence D Hirsch | 0.30 | $135.00 | Phone call with Jared regarding hearing notice for first day motions and emails with Akin Gump counsel |
| 09/17/2013 | Lawrence D Hirsch | 0.10 | $45.00 | Review US Trustee appearance |
| 09/17/2013 | Lawrence D Hirsch | 0.30 | $135.00 | Email from Jared regarding local rules and joint administration, check rules and email Jared |
| 09/17/2013 | Lawrence D Hirsch | 0.20 | $90.00 | Email from attorney David Simonds with draft of order for First Day hearing and review draft and email counsel |
| 09/17/2013 | Lawrence D Hirsch | 0.10 | $45.00 | Review agenda for first day hearing and compare to order to make sure all matters covered |
| 09/17/2013 | Lawrence D Hirsch | 0.20 | $90.00 | Review Motion for Joint Administration and Motion to waive notice on caption and orders |
| 09/17/2013 | Lawrence D Hirsch | 0.10 | $45.00 | Review notice of bankruptcy form to use for this case |
| 09/17/2013 | Lawrence D Hirsch | 0.20 | $90.00 | Review pro hoc vice applications and email to counsel |
| 09/17/2013 | Lawrence D Hirsch | 0.10 | $45.00 | Email to David Simonds regarding pro hoc vice application and first day orders |
| 09/17/2013 | Lawrence D Hirsch | 0.10 | $45.00 | Review signed order setting hearings on first day motions |
| 09/18/2013 | Lawrence D Hirsch | 0.10 | $45.00 | Review pleadings: list of creditors |
| 09/18/2013 | Lawrence D Hirsch | 0.30 | $135.00 | Review pleadings: declaration of R. Brar for first day hearings |
| 09/18/2013 | Lawrence D Hirsch | 0.20 | $90.00 | Review application to employ counsel, disclosure of compensation and order approving counsel |
| 10/01/2013 | Lawrence D Hirsch | 0.20 | $90.00 | Phone call with attorney Jared Parker regarding ECF declaration |
| 10/03/2013 | Lawrence D Hirsch | 0.20 | $90.00 | Phone call with Jared regarding document filing |

| Date | Name | Time | Amount | Narrative |
|---|---|---|---|---|
| 10/07/2013 | Lawrence D Hirsch | 0.20 | $90.00 | Email from attorney Jared Parker regarding General Interim Orders, review local rules and send email |
| | TOTAL | 3.80 | $1,710.00 | |

## ADMINISTRATIVE

| Date | Name | Time | Amount | Narrative |
|---|---|---|---|---|
| 09/16/2013 | Linda Miernik | 0.20 | $36.00 | Emails with J. Parker re: first day motions. |
| 09/16/2013 | Linda Miernik | 0.10 | $18.00 | Phone call with Katie Lee at Atkins Gump re: first day motions. |
| 09/16/2013 | Linda Miernik | 0.10 | $18.00 | Confered by phone with J. Parker on filing of Petitions for Entities. |
| 09/16/2013 | Linda Miernik | 0.20 | $36.00 | Emails and PC with J. Parker re: filing issues. |
| 09/16/2013 | Linda Miernik | 0.50 | $90.00 | Emails and phone calls with Atkin Gump regarding filing petitions in all cases. |
| 09/16/2013 | Linda Miernik | 0.40 | $72.00 | Received skeleton petitions for all 6 entities, reviewed, printed, saved to file. |
| 09/16/2013 | Linda Miernik | 1.70 | $306.00 | Filed 6 emergency petitions with the Court's Electronic Filing System |
| 09/16/2013 | Linda Miernik | 3.70 | $666.00 | Filed with the Court's Electronic Filing System First Day Motions for ETEC i.e.: Motions for authorization of Cash Management, Payment of Wages, Payment of Taxes, Continuing Insurance Coverage, Assurance of Utility Services, Continuation of Warranty Programs, Sale of Assets, Authorization for Single List of Creditors Matrix, and Application to Employ Noticing Agent. |
| 09/16/2013 | Linda Miernik | 0.70 | $126.00 | Emails confirming filing of all pleadings with filing receipts from Court's Electronic Filing System. |
| 09/17/2013 | Linda Miernik | 0.40 | $72.00 | Review of numerous emails regarding filing of pleadings for hearing on first day motions. Discussed forms and procedures with L. Hirsch and E. Kiss. |
| 09/18/2013 | Linda Miernik | 2.80 | $504.00 | Prepared and revised Application for Authorization for Debtors to Employ Counsel, 2014 Affidavit of Jared Parker, 2016 Disclosure of Compensation, Proposed Order on Application to Employ. |
| 09/18/2013 | Linda Miernik | 0.50 | $90.00 | Emails with client re: hearing issues. |
| 09/18/2013 | Linda Miernik | 0.10 | $18.00 | Phone call with JA for Judge Nielsen re: length of time for hearing. |
| 09/18/2013 | Linda Miernik | 0.10 | $18.00 | Phone call with US Trustee's Office to verify receipt of email contact information for 30 largest creditors. |
| 09/19/2013 | Linda Miernik | 0.40 | $72.00 | Confered with J. Parker and E. Kiss for orders and filing. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 09/19/2013 | Linda Miemik | 0.50 | $90.00 | Phone calls and emails with J. Parker for documents to be filed. |
| 09/23/2013 | Linda Miemik | 0.20 | $36.00 | Filed Notice of Order on 2004 Hearing Date and Prepetition Financing. Emailed Akin firm for confirmation of filing. |
| 09/23/2013 | Linda Miemik | | | Review of email with certificate of service documents for filing. |
| 09/23/2013 | Linda Miemik | 0.60 | $108.00 | Review of emails and attachments for 4 Affidavit of Service. Review of docket for filing. |
| 09/23/2013 | Linda Miemik | 0.40 | $72.00 | Filed with the Court's Electronic Filing System Affidavit of Service of all First Day Orders, Interim Orders and Notice of Entry of Orders. |
| 09/23/2013 | Linda Miemik | 0.30 | $54.00 | Filed with the Court's Electronic Filing System of Affidavit of Service of Orders on Post Petition Financing, Adequate Protection, Notice of Final Hearing, Bidding Procedures and Sale Hearing. |
| 09/23/2013 | Linda Miemik | 0.30 | $54.00 | Reviewed filing notices on docket for forwarding of notices to team members. |
| 09/24/2013 | Linda Miemik | 0.30 | $54.00 | Review of ECF emails of case activity, motions and notices filed. |
| 09/24/2013 | Linda Miemik | 0.60 | $108.00 | Emails with California counsel re: Applications for Employ of Counsel by Debtors, researched form and noticing requirements and conferred with counsel. |
| 09/25/2013 | Linda Miemik | 0.20 | $36.00 | PC to Judge's office re: Application to Employ Counsel by Debtors and procedure. |
| 09/25/2013 | Linda Miemik | 0.20 | $36.00 | Review of emails from Akin Counsel regarding Application for Employ of Counsel by Debtor and Application to Employ Professionals in Ordinary Course of Business. |
| 09/25/2013 | Linda Miemik | 0.30 | $54.00 | Review of Applications for required information re: Declaration of Attorney in accordance with statute. Conferred with J. Parker. |
| 09/25/2013 | Linda Miemik | 0.10 | $18.00 | Emails with Akin re: filing of Order for Debtor to Employ Counsel. |
| 09/25/2013 | Linda Miemik | 0.30 | $54.00 | Filed with the Court's Electronic Filing System Order on Application to Employ Counsel by Debtors and gave notice of lodging order. |
| 09/27/2013 | Linda Miemik | 0.30 | $54.00 | Review of emails regarding filings of pleadings and handling of Notice of 341 meeting to creditors. |
| 09/27/2013 | Linda Miemik | 0.20 | $36.00 | Emails with K. Lee/Akin for completion of schedules and statements and filing of declaration of electronic filing. |
| 09/27/2013 | Linda Miemik | 0.20 | $36.00 | Review of emails for filing of Notice of Extension. Conferred with J. Parker and E. Kiss. |

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 09/28/2013 | Linda Miernik | 0.40 | $72.00 | Phone calls with J. Parker re: Motion to Employ in Ordinary Course of Business. Reviewed docket for filing of motion and lodging of order and entry of order. |
| 09/28/2013 | Linda Miernik | 0.10 | $18.00 | Phone call with J. Parker and A. Kurichety to confer on schedules and statements. |
| 09/30/2013 | Linda Miernik | 0.30 | $54.00 | Review of emails re: status of filing statements and schedules. |
| 09/30/2013 | Linda Miernik | 0.30 | $54.00 | Review of emails and filed with the Court's Electronic Filing System Debtors' Application To Retain And Employ Nunc Pro Tunc FTI Consulting, Inc. As Crisis Manager And Financial Advisor To The Debtors |
| 09/30/2013 | Linda Miernik | 6.60 | $1,188.00 | Review of emails and documents for completion of filing of case schedules and statement of financial affairs in each individual cases. Conferred with J. Parker re: caption of pleadings. Filed with the Court's Electronic Filing System completion of bankruptcy schedules A-J, Summary of Schedules, Declaration and Statement of Financial Affairs. |
| 09/30/2013 | Linda Miernik | 0.50 | $90.00 | Retrieved and emailed to counsel and staff schedules and statements for six cases with court filing date stamp showing completion of filing. |
| 10/07/2013 | Linda Miernik | 0.40 | $72.00 | Discuss with J. Parker and research of Local Court rules and orders for requirements of Declaration of Electronic Filing. Receive and review several emails from counsel. Conferred with J. Parker. |
| 10/09/2013 | Linda Miernik | 0.30 | $54.00 | Researched docket for Orders to Employ Akin and FTI. |
| 10/11/2013 | Linda Miernik | 0.10 | $18.00 | Discussion with E. Kiss re: Stipulation to file with ECF. |
| | TOTAL | 26.30 | $4,734.00 | |

**ADMINISTRATIVE**

| Date | Name | Time | Amount | Narrative |
|------|------|------|--------|-----------|
| 09/17/2013 | Elizabeth R Kiss | 6.00 | $750.00 | Review and respond to multiple e-mails; append e-mails; review and save Court Documents; phone conversation with J. Parker; conversation with L. Hirsch; e-mail re: Meeting of the Creditors for all cases; e-mails to staff re: Dealing with reporters; listen to e-mail from V. Barber re: Potential buyer of ECOtality; forward message to J. Parker; listen to voicemail from C. Popovich with US Trustee's Office; follow up with J. Parker and K. Lee re: e-mail addresses for Top 30 Creditors; e-mail to C. Popovich re: Same; docket Meeting of the Creditors deadline; e-mail re: Same; review e-mail from K. Lee re: Process of obtaining information requested of UST; respond to same. Multiple e-mails re: First Day Order & Agenda; Phone call and voicemail message left for P. Denk; e-mail to P. Denk re: Order. |
| 09/18/2013 | Elizabeth R Kiss | 2.70 | $337.50 | Review and save e-mails; phone call to Judge's chambers; left voicemail; e-mails to UST; phone call with UST; review and save Court documents; forward to all parties; multiple phone calls and e-mails. |
| 09/19/2013 | Elizabeth R Kiss | 3.20 | $400.00 | Review and save e-mails, brief meeting with J. Parker re: Status; finalize and file Application for Limited Admission; lodge Orders; e-mail to P. Denk; voicemail to J. Parker re: Debtor Interview; review and save Court documents; review e-mail from K. Lee; conversation with L. Miernik re: Same; docket relevant deadlines; conversation with J. Parker re: Orders; upload, lodge and Notice all Orders. |
| 09/20/2013 | Elizabeth R Kiss | 0.50 | $62.50 | Review e-mails; save Court documents and forward to Akin group. |
| 09/23/2013 | Elizabeth R Kiss | 0.50 | $62.50 | E-mails with L. Miernik re: Filings. |
| 09/24/2013 | Elizabeth R Kiss | 2.80 | $350.00 | Review and save Court documents; forward to J. Parker; review e-mail from L. Layton at the UST office; respond to same; review e-mails; e-mails to Akin Gump team re: Correspondence; review and save Notice of Appointment of Unsecured Creditors Committee; e-mail to Akin Gump team re: Same. Review multiple e-mails re: filings and 341 Notices; file applications to employ. |
| 09/25/2013 | Elizabeth R Kiss | 0.30 | $37.50 | Review and respond to e-mails. |
| 09/26/2013 | Elizabeth R Kiss | 0.50 | $62.50 | File Proposed Order; review and save Court documents; |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 09/27/2013 | Elizabeth R Kiss | 3.00 | $375.00 | Review and save Court documents; forward to J. Parker; review e-mails; file Notice of Extension; e-mail to all; e-mail to P. Denk re: Order; e-mails to Akin Gump Team re: status of schedules and notice of electronic filing; review creditor matrix and conversation with J. Parker re: Conflict Check; review e-mail from T. Roberts re: Extending Deadline re: Stalking Horse Agreement; respond to same; file Notice of Extension; send to Akin Gump group; review e-mail from K. Lee re: Status of schedules and Notice of Electronic filing; review and respond to e-mails re: Cure Notice; phone call with A. Kurichety re: Filing; file Cure Notice; e-mail to Akin Gump group re: Same. |
| 09/28/2013 | Elizabeth R Kiss | 0.70 | $87.50 | Review e-mails from D. Simonds and T. Roebers re: Supplemental Retention Declaration for Akin Gump; conversations with J. Parker re: Same; file Supplemental Retention Declaration for Akin Gump. |
| 09/30/2013 | Elizabeth R Kiss | 0.20 | $25.00 | Review e-mails; review and save Court documents; forward to J. Parker. |
| 09/30/2013 | Elizabeth R Kiss | 0.50 | $62.50 | Review docket, phone call to P. Denk; e-mail to Akin Gump group; conversation with P. Denk re: Order; e-mail to Akin Gump group re: Same. |
| 10/01/2013 | Elizabeth R Kiss | 1.90 | $237.50 | Conversation with J. Parker re: ECFs; review e-mails from Akin Gump group re: Potential Motions; Review ECOtality prebills re: September; file KERP Motion. |
| 10/01/2013 | Elizabeth R Kiss | 3.50 | $437.50 | After hours time for filing of motions. |
| 10/02/2013 | Elizabeth R Kiss | 0.50 | $62.50 | Review e-mails from Akin Gump group re: Potential filings. |
| 10/03/2013 | Elizabeth R Kiss | 2.20 | $275.00 | Review e-mails; listen to voicemails; phone call with J. Parker; file Final DIP Order with the Court; respond to e-mails from D. Simonds. Review and save Court documents; forward to J. Parker; phone call with J. Parker re: ECFs; forward to Akin Group; review e-mails from Akin Gump group; file final orders; review and save Court documents; forward to J. Parker and Akin Gump Group. |
| 10/03/2013 | Elizabeth R Kiss | 2.30 | $287.50 | After hours time for emergency filings; file Notice of Second Extension. |
| 10/04/2013 | Elizabeth R Kiss | 1.80 | $225.00 | Review e-mails from D. Simonds and A. Kurichety re: Filings; file Declaration; review and save Court documents; forward to J. Parker and Akin Gump Group; conversations with J. Parker re: Declaration; file Supplemental FTI Retention Motion. |
| 10/07/2013 | Elizabeth R Kiss | 0.50 | $62.50 | Review e-mails; review and save Court documents; forward to J. Parker and Akin Gump group; e-mail re Notice of E-Filing. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 10/10/2013 | Elizabeth R Kiss | 1.20 | $150.00 | Update correspondence in e-file; review e-mail from K. Lee; review and save ECFs; forward to Akin Gump group; file Final Utilities Order; e-mails with K. Lee re: Same; review e-mails from J. Parker re: IDI and Sale Orders, e-mail to E. Amorosi. |
| 10/11/2013 | Elizabeth R Kiss | 4.50 | $562.50 | File Sale Orders; e-mails to Akin Gump and J. Parker re: Technical issues; numerous e-mails between Akin Gump and J. Parker re: Same; file Sale Orders with Court; lodge Sale Orders with Court; multiple conversations with J. Parker re: Same; review and save ECFs; forward to Akin Gump. |
| 10/14/2013 | Elizabeth R Kiss | 0.20 | $25.00 | Review and save Court documents; forward to J. Parker and Akin Gump. |
| 10/16/2013 | Elizabeth R Kiss | 0.80 | $100.00 | Review multiple E-mails; Review and save Court documents; forward to Akin Gump; e-mail to K. Lee re Initial Debtor Interview; review e-mails between E. Amorosi and J. Parker. |
| 10/17/2013 | Elizabeth R Kiss | 0.30 | $37.50 | Review e-mail from T. McRoberts; file DTB Declaration. |
| 10/17/2013 | Elizabeth R Kiss | 1.10 | $137.50 | Review and save Court documents; forward to J. Parker, e-mails to K. Lee and Akin Gump; file declarations re: OCP; e-mail to Akin Gump group. |
| 10/18/2013 | Elizabeth R Kiss | 0.30 | $37.50 | Review and save Court documents; forward to J. Parker and Akin Gump Group. Review e-mails from J. Parker, L. Miernik and D. Simonds. |
| 10/23/2013 | Elizabeth R Kiss | 0.20 | $25.00 | Review and save Court documents. |
| 10/24/2013 | Elizabeth R Kiss | 0.50 | $62.50 | Review electronic file re: Motions and Interim Orders; review e-mails. |
| 10/24/2013 | Elizabeth R Kiss | 0.80 | $100.00 | Review and save Court documents; forward to Akin Gump, draft Motion re Interim Payments; review file. |
| 10/25/2013 | Elizabeth R Kiss | 0.70 | $87.50 | Review and Summarize Filings. |
| 10/28/2013 | Elizabeth R Kiss | 0.10 | $12.50 | Review and save Court documents; forward to Akin Gump group. |
| 10/31/2013 | Elizabeth R Kiss | 0.40 | $50.00 | Review e-mails from A. Kurichety and J. Parker re: Liquidating Trust Agreements; Review email from K. Lee re: Fee Apps; respond to same; review e-mail from J. Parker. |
| | TOTAL | 44.70 | $5,587.50 | |

# ADMINISTRATIVE

| Date | Name | Time | Amount | Narrative |
|---|---|---|---|---|
| 09/18/2013 | Alexander Goody | 0.20 | $20.00 | Discuss phone procedures concerning media, professionals and sales inquiries with J. Parker. |
| 09/18/2013 | Alexander Goody | 0.20 | $20.00 | Return calls to Morgan Pierce, Ron Mossberg, Call Brian Sirower, re sale of company. Draft email to JGP including 9/18 calls. |
| 09/20/2013 | Alexander Goody | 0.30 | $30.00 | Handle calls from potential buyers and press. |
| 09/24/2013 | Alexander Goody | 0.30 | $30.00 | Take in calls from creditors and email Katie Lee regarding answering said calls. |
| 09/25/2013 | Alexander Goody | 0.60 | $60.00 | Research obtaining transcripts for 9/19/13 hearing and reply to email from Jason Lustig regarding same (4). Take calls from creditors and other misc. parties (2). |
| 09/30/2013 | Alexander Goody | 0.40 | $40.00 | Take calls from creditors and parties interested in the liquidation. Contact David Woodward and Akin Gump concerning said calls. |
| 10/02/2013 | Alexander Goody | 0.40 | $40.00 | Take calls from creditors and a lessor. Contact Arun Kurichety and Katie Lee from Akin Gump regarding same. |
| 10/04/2013 | Alexander Goody | 0.40 | $40.00 | Take numerous calls from creditors and possible buyers. Send emails to Katie Lee regarding same. |
| 10/07/2013 | Alexander Goody | 0.40 | $40.00 | Take phone calls from buyers and creditors. Email Katie Lee of Akin Gump regarding same. Research adding co-counsel to Court emails. |
| 10/11/2013 | Alexander Goody | 0.30 | $30.00 | Take and return calls from creditors and email Katie Lee regarding same. |
| 10/17/2013 | Alexander Goody | 4.90 | $490.00 | Prepare binders for 10/18/13, IDI |
| 10/21/2013 | Alexander Goody | 0.20 | $20.00 | Assemble documents for 10-22-13 Hearing. |
| | TOTAL | 8.60 | $860.00 | |

| ADMINISTRATIVE TOTAL | $39,303.50 | |
|---|---|---|

**NARRATIVE:**

As local counsel, most of Applicants efforts were in this category. Our duties included advising as to local law, rules and practice, final review and filing of the great number of motions and other papers, processing of contacts and inquiries from creditors, bidders, other interested parties and the press and serving as primary contact with the Judge's staff, the Clerk's office and the office of the U.S. Trustee. Given the extremely expedited nature of the cases, a much greater degree of coordination with these entities has been necessary than in the normal case. Applicant has also been involved in a good deal of communication with the Creditors' Committee.

| Date | Name | Time | Amount | Narrative |
|---|---|---|---|---|
| 09/18/2013 | Jared G Parker | 3.20 | $1,488.00 | Prepare for and telephone conference with D. Simonds, L. Watson and E. Amarosi as to issues with first day motions; extensive follow up on same with co-counsel and Nissan counsel |
| 09/18/2013 | Jared G Parker | 0.40 | $186.00 | Telephone conference with Nissan and counsel regarding US trustee issues with DIP motion |
| 09/18/2013 | Jared G Parker | 0.30 | $139.50 | Telephone conference with B Sirower, Nissan counsel; Telephone conference with E. Bernatavicius re first day motions |
| 09/19/2013 | Jared G Parker | 1.20 | $558.00 | Meet with client group to prepare for hearing, Nissan meeting and US Trustee meeting |
| 09/19/2013 | Jared G Parker | 1.10 | $511.50 | Telephone conference with Nissan counsel; meet with Nissan; continue meeting with Nissan US trustee attorneys re language of DIP order and issues as to other first day motions |
| 10/02/2013 | Jared G Parker | 3.20 | $1,488.00 | Numerous conferences, emails and negotiation re committee concerns with DIP loan approval; late night conference call with C. Johnsen and Judge Haines re same and re procedural issues as to hearing set for morning; follow up emails and revision of order; further communications with court re sale arrangements |
| 10/03/2013 | Jared G Parker | 0.70 | $325.50 | Follow up on notices and filings re DIP loan approval and email E. Amorosi re status of hearing |
| 10/03/2013 | Jared G Parker | 0.20 | $93.00 | Review Committee statement of position |
| 10/03/2013 | Jared G Parker | 0.30 | $139.50 | Follow up on lodging of DIP and other orders |
| | TOTAL | 10.60 | $4,929.00 | |

FINANCIAL

| Date | Name | Time | Amount | Narrative |
|---|---|---|---|---|
| 09/23/2013 | Linda Miernik | 0.30 | $54.00 | Filed with the Court's Electronic Filing System Affidavit of Service of Notice of Entry of Order Authorizing Debtor's Post Petition Financing and Scheduling Final Hearing. |
| | TOTAL | 0.30 | $54.00 | |

FINANCIAL TOTAL $4,983.00

NARRATIVE: Applicant was involved in negotiations and discussions with the U.S. Trustee, the Creditors' committee and the lender regarding, and obtaining court approval of, the critical DIP financing from Nissan.

## ASSET DISPOSITION

| Date | Name | Time | Amount | Narrative |
|---|---|---|---|---|
| 09/25/2013 | Jared G Parker | 0.20 | $93.00 | Call from prospective purchaser |
| 09/27/2013 | Jared G Parker | 0.30 | $139.50 | Review and arrange to file stalking horse extension |
| 10/02/2013 | Jared G Parker | 0.30 | $139.50 | Messages from and to Sanguine LLC re lease assumption or rejection |
| 10/02/2013 | Jared G Parker | 0.30 | $139.50 | Telephone conference with H. Taylor re Kroger |
| 10/02/2013 | Jared G Parker | 0.30 | $139.50 | Telephone conference with A. Kurichety re executory contract parties and sale hearing procedures |
| 10/02/2013 | Jared G Parker | 0.20 | $93.00 | Telephone conference with chambers re logistics of sale procedure and notice |
| 10/02/2013 | Jared G Parker | 0.40 | $186.00 | Telephone conference with D. Simonds re sale hearing, filing declaration; executory contract inquiries; review emails regarding status and strategies as to issues up for hearing tomorrow |
| 10/04/2013 | Jared G Parker | 0.40 | $186.00 | Telephone conference with D. Simonds re issues as to sale, FTI and bidders; Telephone conference with E. Kiss re arrangements to transcribe auction |
| 10/05/2013 | Jared G Parker | 0.60 | $279.00 | Attention to details of and arrangements for sale process and location |
| 10/05/2013 | Jared G Parker | 1.20 | $558.00 | Review stalking horse agreement; review required procedures related thereto; several emails and calls re filing and notice |
| 10/05/2013 | Jared G Parker | 0.30 | $139.50 | Further attention to location and arrangements for sale |
| 10/05/2013 | Jared G Parker | 0.40 | $186.00 | Attention to notice of Stalking Horse agreement |
| 10/05/2013 | Jared G Parker | 0.20 | $93.00 | Telephone conference with committee counsel re open issues re sale and FTI |
| 10/06/2013 | Jared G Parker | 0.20 | $93.00 | Email Nissan counsel re location of sale |
| 10/06/2013 | Jared G Parker | 0.40 | $186.00 | Review committee filing re timing of sale; communications with co-counsel re same |
| 10/06/2013 | Jared G Parker | 0.30 | $139.50 | Telephone conference with D. Simonds re possible call with committee and response to committee motion re sale timing |
| 10/07/2013 | Jared G Parker | 0.80 | $372.00 | Analysis re Committee motion to delay sale; numerous communications re response |
| 10/07/2013 | Jared G Parker | 0.30 | $139.50 | Messages and emails with E. Amorosi re Committee motion |
| 10/07/2013 | Jared G Parker | 0.30 | $139.50 | Review objection to Committee Motion as to timing; emails re revisions |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 10/07/2013 | Jared G Parker | 2.80 | $1,302.00 | Numerous urgent communications with several parties and Court regarding emergency hearing today on Committee motion to postpone sale and Debtor request for consideration of FTI and KERP at same time; prepare and attend hearing and post hearing conference with committee counsel |
| 10/07/2013 | Jared G Parker | 0.50 | $232.50 | Review and forward all bids submitted to Parker Schwartz |
| 10/07/2013 | Jared G Parker | 0.10 | $46.50 | Review Notice of change of location |
| 10/07/2013 | Jared G Parker | 0.40 | $186.00 | Arrange for emergency substitution of court reporter for auction |
| 10/07/2013 | Jared G Parker | 0.80 | $372.00 | Attention to last-minute logistical and other issues re auction |
| 10/08/2013 | Jared G Parker | 9.70 | $4,510.50 | Participate in auction sale and related conferences |
| 10/09/2013 | Jared G Parker | 0.30 | $139.50 | Emails to and from co-counsel re aspects of sale orders and backup bids |
| 10/09/2013 | Jared G Parker | 0.50 | $232.50 | Telephone conference with B. Sirower re various issues for sale hearing; prepare for hearing |
| 10/09/2013 | Jared G Parker | 2.70 | $1,255.50 | Prepare exhibits and other items needed for sale hearing; phone calls re strategy as to contested matters and agenda for hearing; attend portion of hearing |
| 10/09/2013 | Jared G Parker | 0.50 | $232.50 | Confer with co-counsel re possible issues with buyer; arrange for emergency transcript of auction |
| 10/10/2013 | Jared G Parker | 0.20 | $93.00 | Brief review and emails re sale transcript |
| 10/10/2013 | Jared G Parker | 0.20 | $93.00 | Call from Alston & Bird re executory contract notice |
| 10/10/2013 | Jared G Parker | 1.20 | $558.00 | Call from Judge Collins' court re status of sale orders; several calls with court and co-counsel re same and re urgency of signing, entry and related actions for closings and repayment of DIP loan; calls with co-counsel re issues as to sale orders |
| 10/11/2013 | Jared G Parker | 2.30 | $1,069.50 | Efforts to ensure signing and entry of sale orders this morning; review orders; emails and calls with Judge Collins' and Judge Haines' chambers and with co-counsel; address uploading issues |
| 10/11/2013 | Jared G Parker | 0.30 | $139.50 | Further calls re entry of orders; follow up on apparent entry of minute entry rather than order; emails re completion of signing and entry |
| 10/11/2013 | Jared G Parker | 2.10 | $976.50 | Numerous calls and emails re objection of Lewis and Roca to order language and resolution of same; further calls with Court re possible need to revise orders and procedure, if any, for doing so; Telephone conference with R. Charles and review emails re specific objections; review proposed stipulation re resolution and arrange for filing; follow up emails to court re status of closings |

| Date | Name | Time | Amount | Narrative |
|------|------|------|--------|-----------|
| 10/21/2013 | Jared G Parker | 0.30 | $139.50 | Calls from executory contract parties |
| 10/24/2013 | Jared G Parker | 0.50 | $232.50 | Conference call re de minimis sale motion and anticipated sales |
| 10/28/2013 | Jared G Parker | 0.50 | $232.50 | Analysis re real estate |
| 10/30/2013 | Jared G Parker | 1.50 | $697.50 | Conference call with clients, Akin and M. Tucker re wind-down and sale transition issues |
| 10/31/2013 | Jared G Parker | 0.40 | $186.00 | Further calls and emails with Court and co-counsel re timing and notice of fuel cell and de minimis asset motions |
| 10/31/2013 | Jared G Parker | 0.70 | $325.50 | Telephone conference with court and with A. Kurichety re upcoming motions, notice and timing; email re fuel cell sale procedure |
| | TOTAL | 35.90 | $16,693.50 | |
| **ASSET DISPOSITION** | | | | |
| | Name | Time | Amount | Narrative |
| 09/20/2013 | Linda Miernik | 0.50 | $90.00 | Emails with ECO Counsel for filing of documents and noticing. Received Notice of Sale and approval of procedures and filed with the Court's Electronic Filing System. Sent email confirmation to all for filings. |
| 09/23/2013 | Linda Miernik | 0.30 | $54.00 | Review of docket for filing of Affidavits. Filed with the Court's Electronic Filing System Affidavit of Notice of Bid Deadline and Auction Hearing. |
| 10/07/2013 | Linda Miernik | 0.30 | $54.00 | Filed with the Court's Electronic Filing System Response/Objection to Objections to Motion to Extend Sale Date. |
| 10/07/2013 | Linda Miernik | 0.30 | $54.00 | Filed with the Court's Electronic Filing System Declaration of Chris Leward in support to Response by Debtor. |
| 10/09/2013 | Linda Miernik | 1.40 | $252.00 | Reviewed emails, retrieved and organized final documents including Motion to Approve Purchase with Order and Declaration in Support of Motion for filing. |
| 10/09/2013 | Linda Miernik | 0.90 | $162.00 | Filed with the Court's Electronic Filing System Motion, Declaration in Support of Sale, uploaded Order and gave notice of lodging order. |
| 10/09/2013 | Linda Miernik | 0.30 | $54.00 | Reviewed emails for Notice of Successful Bidders, organized and filed with the Court's Electronic Filing System. |
| 10/09/2013 | Linda Miernik | 0.60 | $108.00 | Researched court docket for filing of Objections by Charge Point and Nissan. |

| Date | Name | Time | Amount | Narrative |
|---|---|---|---|---|
| 10/09/2013 | Linda Miernik | 0.40 | $72.00 | Emails and discussions with J. Parker for filed Motion, Declaration and Order, and Notice of Successful Bidders. |
| | TOTAL | 5.00 | $900.00 | |

### ASSET DISPOSITION

| Date | Name | Time | Amount | Narrative |
|---|---|---|---|---|
| 09/23/2013 | Alexander Goody | 0.40 | $40.00 | Return calls to interested parties re sale of assets |
| 10/08/2013 | Alexander Goody | 2.00 | $200.00 | Inform bidders at second courtroom of new auction location. |
| 10/09/2013 | Alexander Goody | 2.30 | $230.00 | Prepare folders for 10/9/13 Hearing. |
| | TOTAL | 4.70 | $470.00 | |

### ASSET DISPOSITION

| Date | Name | Time | Amount | Narrative |
|---|---|---|---|---|
| 10/05/2013 | Elizabeth R Kiss | 3.20 | $400.00 | On call filing; review e-mails from Akin Gump group and J. Parker; phone calls with J. Parker; file Third Extension of Stalking Horse Agreement; file Notice of Entry into Stalking Horse Agreement. |
| 10/08/2013 | Elizabeth R Kiss | 2.20 | $275.00 | Notify parties at first courtroom of Change of Venue. |
| | TOTAL | 5.40 | $675.00 | |

**ASSET DISPOSITION TOTAL** $18,738.50

**NARRATIVE:**

The expedited auction and sale hearing as to substantially all assets of the estates was, of course, a primary focus of the first weeks of these cases and required significant involvement by the employees and all professionals of the Debtors. Applicant was involved in negotiations with the U.S. Trustee's office and the Committee, coordination with the court for required hearings, arrangements for resources necessary to conduct the auction and discussions with various parties about numerous issues during the course of the auction. After the auction, Applicant was closely involved in the filings, communications and hearings necessary to obtain approval. Applicant was central to urgent discussions resolving a dispute over the language of the sale orders, raised by a creditor threatening to try to block closings of the sales, on the day they were required to close. Applicant has also been involved in obtaining approval of small sales of other assets and in seeking to resolve issues over interpretation of the sale agreements.

## CREDITORS' MEETINGS

| Date | Name | Time | Amount | Narrative |
|---|---|---|---|---|
| 10/21/2013 | Jared G Parker | 0.70 | $325.50 | Further preparation for 341 meeting |
| 10/21/2013 | Jared G Parker | 1.00 | $465.00 | Conference call with clients and co counsel in preparation for 341 meeting |
| 10/22/2013 | Jared G Parker | 2.40 | $1,116.00 | Prepare and attend 341 and related conferences with client group |
| | TOTAL | 4.10 | $1,906.50 | |

## CREDITORS' MEETINGS

| Date | Name | Time | Amount | Narrative |
|---|---|---|---|---|
| 09/24/2013 | Linda Miernik | 0.30 | $54.00 | Several phone calls with clerk's office regarding notice of 341 hearings. |
| 09/24/2013 | Linda Miernik | 1.20 | $216.00 | Numerous phone calls and emails regarding form of notice of 341 meeting to creditors, conferred with clerk's office, US Trustee staff and J. Parker regarding issue. Email to Arun with suggestions. Review of proposed Notice of Commencement. |
| 09/25/2013 | Linda Miernik | 0.10 | $18.00 | Review of email from California Counsel (Akin) re: Notice of 341 meeting and commencement notice. |
| 09/25/2013 | Linda Miernik | 0.30 | $54.00 | PC with S. Christensen of the Clerk's office re: Change to docket notice of 341 meeting. Review of docket and email to her re: reason for change. |
| 09/25/2013 | Linda Miernik | 0.30 | $54.00 | Conferred with J. Parker re: issues on 341 noticing. |
| 09/25/2013 | Linda Miernik | 0.40 | $72.00 | Conferred with J. Parker re notice of 341 issue. Phone call with J. Search of US Trustee's office for Notice of Commencement and 341 meeting of creditors. Email sent with Document to J. Search. for review. |
| | TOTAL | 2.60 | $468.00 | |

## CREDITORS' MEETINGS

| Date | Name | Time | Amount | Narrative |
|---|---|---|---|---|
| 10/22/2013 | Elizabeth R Kiss | 1.40 | $175.00 | Phone call with J. Parker re: 341 Hearing; prepare necessary documents re: 341 Hearing; review e-mails; review and save Court documents; forward to Akin Gump. |
| | TOTAL | 1.40 | $175.00 | |

## CREDITORS' MEETINGS

| Date | Name | Time | Amount | Narrative |
|---|---|---|---|---|
| 10/21/2013 | Alexander Goody | 0.40 | $40.00 | Assemble documents for 341 Meeting. |
| | TOTAL | 0.40 | $40.00 | |

NARRATIVE: Applicant participated in preparing Debtors for their initial Debtor interview with the Office of the U.S. Trustee and the 341 meeting, and also accompanied the Debtors' representatives and represented them at those events.

**CREDITORS' MEETINGS TOTAL     $2,589.50**

## CLAIMS

| Date | Name | Time | Amount | Narrative |
|---|---|---|---|---|
| 09/25/2013 | Jared G Parker | 0.30 | $139.50 | Review reclamation demands |
| 09/25/2013 | Jared G Parker | 0.20 | $93.00 | Review and forward filings from Maricopa county |
| 09/27/2013 | Jared G Parker | 0.30 | $139.50 | Review creditor calls |
| 09/27/2013 | Jared G Parker | 0.20 | $93.00 | Call from and message to ONStar re claim information |
| 09/30/2013 | Jared G Parker | 0.30 | $139.50 | Telephone conference with Bitrode re reclamation claim; call Akin Gump re same |
| 10/03/2013 | Jared G Parker | 0.20 | $93.00 | Telephone conference with A. Kurichety re notice to warrantee claimants |
| 10/10/2013 | Jared G Parker | 0.20 | $93.00 | Call from warranty claimant re impact of sale; email co-counsel re same |
| | TOTAL | 1.70 | $790.50 | |

NARRATIVE: Applicant has fielded communications from specific creditors regarding aspects of their claims.

**CLAIMS TOTAL     $790.50**

## EMPLOYMENT ISSUES

| Date | Name | Time | Amount | Narrative |
|---|---|---|---|---|
| 10/01/2013 | Jared G Parker | 0.30 | $139.50 | Review ERP Motion |
| 10/03/2013 | Jared G Parker | 0.40 | $186.00 | Communications re UST position on Employee Retention proposal |
| 10/06/2013 | Jared G Parker | 0.30 | $139.50 | Telephone conference with C. Johnsen re timing of sale and position on employee retention motion |
| TOTAL | | 1.00 | $465.00 | |

**EMPLOYMENT ISSUES TOTAL**    **$465.00**

**NARRATIVE:** Applicant played a roll in seeking approval of a Key Employee Retention Program.

## BUSINESS OPERATIONS

| Date | Name | Time | Amount | Narrative |
|---|---|---|---|---|
| 10/08/2013 | Jared G Parker | 2.50 | $1,162.50 | Meetings with officers, committee counsel and co-counsel; email US Trustee re D&O insurance issues; telephone conference with officers and D&O insurance broker regarding options for and terms of coverage; |
| 10/08/2013 | Jared G Parker | 1.60 | $744.00 | Revise motion re D&O insurance |
| 10/09/2013 | Jared G Parker | 0.50 | $232.50 | Prepare for and negotiation with C. Johnsen re D&O motion and discussion re possible Chap 11 Trustee |
| 10/09/2013 | Jared G Parker | 0.30 | $139.50 | Email officers re committee approval of D&O; phone calls with E. Kiss and D. Simonds re filing of motion as to same |
| 10/09/2013 | Jared G Parker | 1.10 | $511.50 | Telephone conference with E. Amorosi re D&O motion; review and revise motion and proposed order; review and file notice of successful bidder; |
| 10/09/2013 | Jared G Parker | 1.10 | $511.50 | Follow up on D&O emergency motion including emails and calls with co-counsel and Court re expedited signing and entry of order; emails to several interested parties as to status and ultimate signing |
| 10/10/2013 | Jared G Parker | 0.50 | $232.50 | Emails re further change in available D&O policies; Telephone conference with D. Simonds re back up plans; exchange messages and research re insurance requirements of Chap 11 Trustees |
| 10/10/2013 | Jared G Parker | 0.30 | $139.50 | Follow up on D&O issues and status of issuance of policies |

| Date | Name | Time | Amount | Narrative |
|---|---|---|---|---|
| 10/18/2013 | Jared G Parker | 0.20 | $93.00 | Emails from and to S. Herrmann re payment of various vendors |
| 10/21/2013 | Jared G Parker | 0.60 | $279.00 | Several calls, research and analysis re payment of sales taxes |

## BUSINESS OPERATIONS

| Date | Name | Time | Amount | Narrative |
|---|---|---|---|---|
| 10/24/2013 | Jared G Parker | 0.40 | $186.00 | Email S. Herrmann re current payments due |
| 10/24/2013 | Jared G Parker | 0.30 | $139.50 | Review email re transfer of utilities; review utility order |
| 10/25/2013 | Jared G Parker | 0.40 | $186.00 | Email from S. Herrmann re KCC and other payments; analyze and respond |
| 10/29/2013 | Jared G Parker | 0.40 | $186.00 | Telephone conference with S. Herrmann re San Diego bank account issues, Nissan stay lift, payment issues |
| 10/30/2013 | Jared G Parker | 0.30 | $139.50 | |
| TOTAL | | 10.50 | $4,882.50 | |

| Date | Name | Time | Amount | Narrative |
|---|---|---|---|---|
| 10/21/2013 | Lawrence D Hirsch | 0.30 | $135.00 | Review inquiry from S. Herrmann re numerous payments due; analysis re same |
| TOTAL | | 0.30 | $135.00 | |

**BUSINESS OPERATIONS TOTAL $5,017.50**

## STAY LIFT

| Date | Name | Time | Amount | Narrative |
|---|---|---|---|---|
| 10/17/2013 | Jared G Parker | 0.50 | $232.50 | Review stay lift motions; email client group |
| 10/25/2013 | Jared G Parker | 0.80 | $372.00 | Follow up on Nissan stay lift; research status of leases; Telephone conference with S. Herrmann re same; email co-counsel re facts and strategy |
| 10/29/2013 | Jared G Parker | 0.30 | $139.50 | Check status of Nissan leased vehicles; negotiate extension of stay lift response deadline |
| TOTAL | | 1.60 | $744.00 | |

**NARRATIVE:**

Applicant was centrally involved in negotiating and obtaining approval of a new D&O liability insurance policy on an urgent basis as old coverage was about to expire. We have also been advising Debtors on day to day aspects of their limited continuing operations and winding down the companies.

STAY LIFT

| Date | Name | | Time | Amount | Narrative |
|---|---|---|---|---|---|
| 10/16/2013 | Linda Miernik | | 0.40 | $72.00 | Downloaded all Motions for Stay Relief and ancillary documents filed on 10/16/2013 and emailed to J. Parker for distribution. |
| | | TOTAL | 0.40 | $72.00 | |

STAY LIFT

| Date | Name | | Time | Amount | Narrative |
|---|---|---|---|---|---|
| 10/30/2013 | Alexander Goody | | 0.50 | $50.00 | Compare Nissan's Relief for Automatic Stay Filings with VIN's sent to new buyer. |
| | | TOTAL | 0.50 | $50.00 | |

STAY LIFT TOTAL     $866.00

NARRATIVE:   Applicant negotiated a resolution to one stay lift action regarding leased vehicles.

PLAN & DISCLOSURE STATEMENT

| Date | Name | Time | Amount | Narrative |
|---|---|---|---|---|
| 10/15/2013 | Jared G Parker | 0.30 | $139.50 | Preliminary review of Blink's proposed plan; Telephone conference with D. Simonds re same |
| 10/17/2013 | Jared G Parker | 0.30 | $139.50 | Telephone conference with U.S. Trustee analyst in preparation for IDI; email client group re same |
| 10/17/2013 | Jared G Parker | 0.70 | $325.50 | Conference call with co-counsel and C. Johnsen re proposed plan and related strategy issues |
| 10/17/2013 | Jared G Parker | 0.40 | $186.00 | Conference call with D. Simonds and A. Kurichety as to motions to prepare and other outstanding tasks |
| 10/17/2013 | Jared G Parker | 0.40 | $186.00 | Follow up on registration of co-counsel for ecf |
| 10/17/2013 | Jared G Parker | 0.40 | $186.00 | Research re expedited confirmation process; email D. Simonds re same |
| 10/18/2013 | Jared G Parker | 0.70 | $325.50 | Initial analysis regarding preparation of Liquidating Plan |
| 10/21/2013 | Jared G Parker | 0.30 | $139.50 | Research re combined disclosure statement and confirmation process |

| 10/21/2013 | Jared G Parker | 0.60 | $279.00 | Follow up with counsel from cases with combined confirmation process; Telephone conference with D. Simonds re same |
| | TOTAL | 4.10 | $1,906.50 | |

**PLAN & DISCLOSURE STATEMENT TOTAL** $1,906.50

**NARRATIVE:** During the Application Period, Applicant was involved in preliminary discussions and analysis of possible Chapter 11 plans.

| NAME | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Jared G Parker | $465.00 | 126.30 | $58,729.50 |
| Lawrence D Hirsch | $450.00 | 4.10 | $1,845.00 |
| Linda Miernik | $180.00 | 34.60 | $6,228.00 |
| Elizabeth R Kiss | $125.00 | 51.50 | $6,437.50 |
| Alexander Goody | $100.00 | 13.70 | $1,420.00 |
| TOTAL | | 230.20 | $74,660.00 |
| Blended Rate | $324.33 | | |

PARKER SCHWARTZ, PLLC
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## **EXHIBIT B**

PROFESSIONAL EXPENSE STATEMENT FOR JARED G. PARKER, ESQ.

PARKER SCHWARTZ, PLLC

ATTORNEYS FOR CHAPTER 11 DEBTORS

ELECTRIC TRANSPORTATION ENGINEERING CORPORATION

(d/b/a ECOTALITY NORTH AMERICA), *et al.*

September 16, 2013 through October 31, 2013

# EXPENSES

ECOtality, Inc. / Post Petition Chapter 11 (7398-2)

| Date | Description | Amount | Narrative |
|------|-------------|--------|-----------|
| 09/20/2013 | Postage | $16.85 | Postage |
| 10/08/2013 | Court Reporter Fees Advanced | $1,184.00 | Court Reporter Fees Advanced, Griffin and Associates Court Reporters; Reporters Transcript of Proceedings |
| 10/09/2013 | Photocopies | $394.00 | Photocopies - Special Project |
| 10/18/2013 | Photocopies | $328.20 | Photocopies - Special Project |
| 10/21/2013 | Delivery Service Fees Advanced | $11.30 | Delivery Service Fees Advanced, United States Postal Office; Delivery to David P Simonds |
| 10/22/2013 | Photocopies | $29.00 | Photocopies - Special Project |
| | | $1,963.35 | |