CHARLES R. GIBBS (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
cgibbs@akingump.com

DAVID P. SIMONDS (admitted *pro hac vice*)
ARUN KURICHETY (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (310) 229-1000
Facsimile: (310) 229-1001
dsimonds@akingump.com
akurichety@akingump.com

JARED G. PARKER (SBN: 6428)
PARKER SCHWARTZ, PLLC
7310 N. 16th St., Suite 330
Phoenix, Arizona 85020
Telephone: (602) 282-0476
Facsimile: (602) 282-0478
jparker@psazlaw.com

*Attorneys for Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 2:13-BK-16126 (RJH) |
| ELECTRIC TRANSPORTATION ENGINEERING CORPORATION (d/b/a ECOTALITY NORTH AMERICA), *et al.*,[1] | Chapter 11 |
| | Jointly Administered |
| Debtors. | **DEBTORS' MOTION FOR ACCELERATED HEARING ON APPLICATIONS FOR INTERIM ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED FROM SEPTEMBER 16, 2013 THROUGH OCTOBER 31, 2013** |
| This filing applies to: ■ All Debtors ☐ Specified Debtors | |

---

[1] The Debtors in these jointly administered chapter 11 cases and the last four digits of their respective Employer Identification Numbers are: (i) ECOtality, Inc. (5422); (ii) Electric Transportation Engineering Corporation (4755); (iii) ECOtality Stores, Inc. (2643); (iv) ETEC North, LLC (n/a); (v) The Clarity Group, Inc. (8832); and (vi) G.H.V. Refrigeration, Inc. (4512). The Debtors' service address at ECOtality, Inc.'s corporate headquarters is Post Montgomery Center, One Montgomery Street, Suite 2525, San Francisco, California 94104.

The above-captioned debtors and debtors in possession (collectively, the "***Debtors***") hereby submit this motion (the "***Motion***") seeking entry of an order, substantially in the form attached hereto as **Exhibit A**, setting an accelerated hearing on certain applications (the "***Fee Applications***") for interim allowance of compensation and for reimbursement of expenses for services rendered from September 16, 2013 through October 31, 2013 (the "***Compensation Period***"), each as filed by the Debtors' retained professionals (i) Akin Gump Strauss Hauer & Feld, LLP, (ii) Parker Schwartz, PLLC and (iii) FTI Consulting, Inc. (collectively, the "***Professionals***"). In accordance with Rule 9013-1(h) of the Local Rules of Bankruptcy Procedure for the District of Arizona, the Debtors respectfully state as follows:

Based upon discussions with chambers, the Debtors are aware that the Court does not have any availability to conduct a hearing on the Fee Applications after December 12, 2013 and before the year end. As a result, to ensure that the Debtors' Professionals are compensated for fees and reimbursed for expenses incurred during the Compensation Period prior to year end, if possible, the Debtors respectfully request that the Court set an expedited hearing on the Fee Applications for December 12, 2013 at 2:00 p.m. (Mountain Standard Time). Certain, if not all, of the Professionals rely on receiving amounts related to the Compensation Period prior to the year end for various accounting and other purposes. Moreover, the Debtors do not believe that parties will be significantly prejudiced by the relief requested herein because interested parties (a) will still have more than two weeks to review the Fee Applications and (b) will have the ability to file objections to the fees and expenses requested in the Fee Applications in connection with any final fee application process.

In addition to ECF notice being served simultaneous with the filing of this Motion, the Debtors also have served this Motion and the proposed order granting the relief requested herein, on the parties listed on **Exhibit B**, attached hereto.

1

WHEREFORE, the Debtors respectfully request that the Court (a) enter an order granting the relief requested in this Motion and (b) grant such other and further relief as the Court may deem just, proper and equitable.

Dated: November 26, 2013

                                        PARKER SCHWARTZ, PLLC

                                        By:    */s/ Jared G. Parker*
                                                     Jared G. Parker

                                        – and –

                                        AKIN GUMP STRAUSS HAUER & FELD LLP

                                        Charles R. Gibbs (admitted *pro hac vice*)
                                        David P. Simonds (admitted *pro hac vice*)
                                        Arun Kurichety (admitted *pro hac vice*)

                                        Attorneys for the Debtors and Debtors in Possession

**Exhibit A**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 2:13-BK-16126 (RJH) |
| ELECTRIC TRANSPORTATION ENGINEERING CORPORATION (d/b/a ECOTALITY NORTH AMERICA), *et al.*,[1] | Chapter 11 |
| | Jointly Administered |
| Debtors. | **ORDER GRANTING DEBTORS' MOTION FOR ACCELERATED HEARING ON CERTAIN APPLICATIONS FOR INTERIM ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED FROM SEPTEMBER 16, 2013 THROUGH OCTOBER 31, 2013** |
| This filing applies to:<br><br>■ All Debtors<br><br>☐ Specified Debtors | |

---

[1] The Debtors in these jointly administered chapter 11 cases and the last four digits of their respective Employer Identification Numbers are: (i) ECOtality, Inc. (5422); (ii) Electric Transportation Engineering Corporation (4755); (iii) ECOtality Stores, Inc. (2643); (iv) ETEC North, LLC (n/a); (v) The Clarity Group, Inc. (8832); and (vi) G.H.V. Refrigeration, Inc. (4512). The Debtors' service address at ECOtality, Inc.'s corporate headquarters is Post Montgomery Center, One Montgomery Street, Suite 2525, San Francisco, California 94104.

| | |
|---|---|
| 1 | Upon the motion (the "*Motion*") of the above-captioned debtors and debtors in possession |
| 2 | (collectively, the "*Debtors*") seeking entry of an order (this "*Order*") seeking entry of an order setting |
| 3 | an accelerated hearing on certain applications for interim allowance of compensation and for |
| 4 | reimbursement of expenses for services rendered from September 16, 2013 through October 31, 2013, |
| 5 | each as filed by the Debtors' retained professionals (i) Akin Gump Strauss Hauer & Feld, LLP, |
| 6 | (ii) Parker Schwartz, PLLC and (iii) FTI Consulting, Inc.; and this Court having jurisdiction over this |
| 7 | matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core |
| 8 | proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with |
| 9 | Article III of the United States Constitution; and this Court having found that venue of this proceeding |
| 10 | and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having |
| 11 | found that the relief requested in the Motion is in the best interests of the Debtors' estates, their |
| 12 | creditors and other parties in interest; and this Court having found that the Debtors' notice of the |
| 13 | Motion was appropriate and no other notice need be provided; and this Court having reviewed the |
| 14 | Motion; and this Court having determined that the legal and factual bases set forth in the record |
| 15 | establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; |
| 16 | and after due deliberation and sufficient cause appearing therefor, |

IT IS HEREBY ORDERED that:

1. The Motion is granted to the extent provided herein.

2. The Court will conduct an accelerated hearing on the Fee Applications, each as respectively filed by (i) Akin Gump Strauss Hauer & Feld, LLP, (ii) Parker Schwartz, PLLC and (iii) FTI Consulting, Inc. on **December 12, 2013 at 2:00 p.m. (Mountain Standard Time)** before the Honorable Randolph J. Haines, United States Bankruptcy Court for the District of Arizona, 230 North First Avenue, Courtroom 603, 6th Floor, Phoenix, Arizona 85003.

3. Any objections to the Fee Applications must be filed with the Court and received by the (i) the Debtors, ECOtality, Inc., Attn: Susie Herrmann, Chief Financial Officer, 430 S. 2nd Avenue, Phoenix, Arizona 85003 (ii) counsel for the Debtors, Akin Gump Strauss Hauer & Feld LLP, Attn: David Simonds and Arun Kurichety, 2029 Century Park East, Suite 2400, Los Angeles, California 90067, (iii) co-counsel for the Debtors, Parker Schwartz, PLLC, Attn: Jared G. Parker, 7310 N. 16th St.,

Suite 330, Phoenix, Arizona 85020 no later than **December 10, 2013 at 5:00 p.m.** (**Mountain Standard Time**).

**\*\*DATED AND SIGNED ABOVE\*\***

**Exhibit B**

**Service List**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| COUNSEL TO CAR CHARGING GROUP | ANDANTE LAW GROUP OF DANIEL E GARRISON PLLC | DANIEL E GARRISON JESSICA R KENNEY | SCOTTSDALE FINANCIAL CENTER I | 4110 N SCOTTSDALE RD STE 330 | | SCOTTSDALE | AZ | 85251 |
| COUNSEL TO LA LIVE PROPERTIES, LLC | ARENT FOX LLP | ATTN: RICHARD D BUCKLEY JR ANDY KONG | 555 W FIFTH ST 48TH FL | | | LOS ANGELES | CA | 90013-1065 |
| COMMITTEE OF UNSECURED CREDITORS | BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA | ATTN JEANNE WICKS, DIRECTOR | OFFICE OF SPONSORED PROGRAMS | UNLOSP, ALEX WEST | 312 N 14TH ST | LINCOLN | NE | 68588-0430 |
| COUNSEL TO MACY'S WEST STORES, INC. | FROST BROWN TODD LLC | RONALD E GOLD | 3300 GREAT AMERICAN TOWER | 301 E FOURTH ST | | CINCINNATI | OH | 45202 |
| PARTY IN INTEREST | FUEL CELL EARTH LLC | ENNIO VERDERESE | 1 MELVIN ST UNIT C | | | WAKEFIELD | MA | 01880 |
| COMMITTEE OF UNSECURED CREDITORS | GMA MANUFACTURING LLC | ATTN GARY ABRAMCZYK, VP | 2075 E 5TH STREET | | | TEMPE | AZ | 85281 |
| COMMITTEE OF UNSECURED CREDITORS | HANNAH SOLAR &/OR WORRY FREE ENERGY LLC | DBA WORRY FREE POWER | ATTN PETER H MARTE, CEO | 2135 DEFOOR HILLS RD, STE M | | ATLANTA | GA | 30318 |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | JENNINGS STROUSS & SALMON PLC | CAROLYN J JOHNSEN KAMI M HOSKINS | ONE EAST WASHINGTON ST STE 1900 | | | PHOENIX | AZ | 85004-2554 |
| COMMITTEE OF UNSECURED CREDITORS | KORTMAN ELECTRIC INC | ATTN KARL KORTMAN | 2416 S 17TH PLACE | | | PHOENIX | AZ | 85034 |
| COUNSEL TO KROGER CO., FRED MEYER STORES, INC., KROGER TEXAS, L.P. | LEWIS ROCA ROTHGERBER LLP | HENK TAYLOR | 40 N CENTRAL STE 1900 | | | PHOENIX | AZ | 85004 |
| COUNSEL TO MARICOPA COUNTY TREASURER | MARICOPA COUNTY ATTORNEY'S OFFICE | LORI A LEWIS | CIVIL SERVICES DIVISION | SECURITY CENTER BUILDING | 222 N CENTRAL AVE, STE 1100 | PHOENIX | AZ | 85004 |
| COUNSEL TO SPECIFIED ELECTRAL CONTRACTORS, INC. ("SECON") | MURPHY KARBER CORDIER PLC | RICHARD B MURPHY | 2828 N CENTRAL AVE STE 1110 | | | PHOENIX | AZ | 85004 |
| COUNSEL TO SC LAKE WASHINGTON PARK INC | NOSSAMAN LLP | JOHN W KIM | 777 S FIGUEROA ST 34TH FL | | | LOS ANGELES | CA | 90017 |
| COUNSEL TO GMA MANUFACTURING, LLC | PARKER LAW FIRM PLC | JOHN D PARKER, II | 141 E PALM LN STE 111 | PO BOX 63098 | | PHOENIX | AZ | 85082-3098 |
| COUNSEL TO PORTLAND GENERAL ELECTRIC (PGE) | PERKINS COIE LLP | DOUGLAS R PAHL | 1120 NW COUCH ST 10TH FL | | | PORTLAND | OR | 97209 |
| COUNSEL TO PORTLAND GENERAL ELECTRIC (PGE) | PERKINS COIE LLP | RICHARD M LORENZEN | 2901 N CENTRAL AVE STE 2000 | | | PHOENIX | AZ | 85012-2788 |
| COUNSEL TO NISSAN -INFINITI LT | PITE DUNCAN LLP | JAMIN S NEIL | 4375 JUTLAND DR STE 200 | PO BOX 17933 | | SAN DIEGO | CA | 92177-0933 |
| COUNSEL TO NISSAN NORTH AMERICA, INC | QUARLES & BRADY LLP | JOHN A HARRIS BRIAN SIROWER | ONE RENAISSANCE SQ | TWO N CENTRAL AVE | | PHOENIX | AZ | 85004-2391 |
| COUNSEL TO MICROSOFT CORPORATION, AND MICROSOFT LICENSING, GP. | RIDDELL WILLIAMS PS | MARIA A MILANO | 1001 - 4TH AVE STE 4500 | | | SEATTLE | WA | 98154 |
| COMMITTEE OF UNSECURED CREDITORS | SATURN ELECTRIC INC | ATTN TIMOTHY A DUDEK | 7552 TRADE STREET | | | SAN DIEGO | CA | 92121 |
| SECURITIES AND EXCHANGE COMMISSION HEADQUARTERS | SECURITIES AND EXCHANGE COMMISSION | ATTN GENERAL COUNSEL | 100 F ST NE | | | WASHINGTON | DC | 20549 |
| SECURITIES AND EXCHANGE COMMISSION | SECURITIES AND EXCHANGE COMMISSION | LOS ANGELES REGIONAL OFFICE | SARAH D MOYED | 5670 WILSHIRE BLVD, STE 1100 | | LOS ANGELES | CA | 90036 |
| TENNESSEE ATTORNEY GENERAL'S OFFICE | TENNESSEE DEPARTMENT OF REVENUE | C/O TN ATTORNEY GENERALS OFFICE | BANKRUPTCY DIVISION | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 |
| COUNSEL TO LOGICALIS, INC. | THE CAVANAGH LAW FIRM PA | HILARY L BARNES | 1850 N CENTRAL AVE STE 2400 | | | PHOENIX | AZ | 85004 |
| COUNSEL TO THE REGENTS OF THE UNIVERSITY OF CALIFORNIA | THE REGENTS OF THE UNIVERSITY OF CALIFORNIA | ERIC K BEHRENS | OFFICE OF THE GENERAL COUNSEL | 1111 FRANKLIN ST 8TH FL | | OAKLAND | CA | 94607-5200 |
| REPRESENTATIVE FOR TW TELECOM INC | TW TELECOM INC | LINDA BOYLE | 10475 PARK MEADOWS DR #400 | | | LITTLETON | CO | 80124 |
| UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF ARIZONA | UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF ARIZONA | JOHN S LEONARDO | TWO RENAISSANCE SQ | 40 CENTRAL AVE STE 1200 | | PHOENIX | AZ | 85004-4408 |
| UNITED STATES DEPARTMENT OF ENERGY | UNITED STATES DEPARTMENT OF ENERGY | | 1000 INDEPENDENCE AVE SW | | | WASHINGTON | DC | 20585 |
| UNITED STATES DEPARTMENT OF LABOR | UNITED STATES DEPARTMENT OF LABOR | | 200 CONSTITUTION AVE NW | | | WASHINGTON | DC | 20210 |
| UNITED STATES TRUSTEE FOR THE DISTRICT OF ARIZONA | UNITED STATES TRUSTEE | EDWARD BERNATAVICIUS | 230 N 1ST AVE | SUITE 204 | | PHOENIX | AZ | 85003-1706 |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| UNITED STATES TRUSTEE FOR THE DISTRICT OF ARIZONA | UNITED STATES TRUSTEE | ELIZABETH C AMOROSI | 230 N 1ST AVE | SUITE 230 | | PHOENIX | AZ | 85004 |
| UNITED STATES DEPARTMENT OF ENERGY | US DEPARTMENT OF JUSTICE | VICTOR W ZHAO, CIVIL DIVISION | 1100 L ST NW | ROOM 10044 | | WASHINGTON | DC | 20005 |
| COUNSEL TO UT-BATTELLE, LLC | UT-BATTELLE | DANIEL T SWANSON | PO BOX 2008 | | | OAK RIDGE | TN | 37831-6265 |
| COUNSEL TO NISSAN NORTH AMERICA, INC | WALLER LANSDEN DORTCH & DAVIS LLP | MICHAEL R PASLAY ROBERT P SWEETER | 511 UNION ST STE 2700 | | | NASHVILLE | TN | 37219 |
| COUNSEL TO LOGICALIS, INC. | WARNER NORCROSS & JUDD LLP | DENNIS W LOUGHLIN | 2000 TOWN CENTER STE 2700 | | | SOUTHFIELD | MI | 48075-1318 |