| | | |
|---|---|---|
| 1 | CHARLES R. GIBBS (admitted *pro hac vice*) | DAVID P. SIMONDS (admitted *pro hac vice*) |
| | AKIN GUMP STRAUSS HAUER & FELD LLP | ARUN KURICHETY (admitted *pro hac vice*) |
| 2 | 1700 Pacific Avenue | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | Dallas, Texas 75201 | 2029 Century Park East, Suite 2400 |
| 3 | Telephone: (214) 969-2800 | Los Angeles, California 90067 |
| | Facsimile: (214) 969-4343 | Telephone: (310) 229-1000 |
| 4 | cgibbs@akingump.com | Facsimile: (310) 229-1001 |
| | | dsimonds@akingump.com |
| 5 | | akurichety@akingump.com |

– and –

JARED G. PARKER (SBN: 6428)
PARKER SCHWARTZ, PLLC
7310 N. 16th St., Suite 330
Phoenix, Arizona 85020
Telephone: (602) 282-0476
Facsimile: (602) 282-0478
jparker@psazlaw.com

Attorneys for Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 2:13-BK-16126 (MCW) |
| ELECTRIC TRANSPORTATION ENGINEERING CORPORATION (d/b/a ECOTALITY NORTH AMERICA), *et al.*,[1] | Chapter 11 |
| | Jointly Administered |
| Debtors. | **CERTIFICATE OF SERVICE AND NOTICE OF NO OBJECTION REGARDING THIRD APPLICATION OF AKIN GUMP STRAUSS HAUER & FELD LLP, CO-COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION, FOR INTERIM ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED FROM MARCH 1, 2014 THROUGH JULY 31, 2014** |
| This filing applies to: ■ All Debtors ☐ Specified Debtors | |

---

[1] The Debtors in these jointly administered chapter 11 cases and the last four digits of their respective Employer Identification Numbers are: (i) ECOtality, Inc. (5422); (ii) Electric Transportation Engineering Corporation (4755); (iii) ECOtality Stores, Inc. (2643); (iv) ETEC North, LLC (n/a); (v) The Clarity Group, Inc. (8832); and (vi) G.H.V. Refrigeration, Inc. (4512). The Debtors' service address is ECOtality, Inc., P.O. Box 20336, Phoenix, Arizona 85036-0336.

**THE UNDERSIGNED HEREBY CERTIFIES AND PROVIDES NOTICE OF THE FOLLOWING:**

1. On September 23, 2014, Akin Gump Strauss Hauer & Feld LLP ("*Akin Gump*") filed the *Third Application of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel to Debtors and Debtors in Possession, for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered From March 1, 2014 Through July 31, 2014* [Docket No. 656] (the "*Application*"), seeking the interim allowance of compensation and reimbursement of actual and necessary expenses from **March 1, 2014 through and including July 31, 2014** (the "*Compensation Period*").

2. Pursuant to the *Notice of Bar Date of Third Application of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel to Debtors and Debtors in Possession, for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered From March 1, 2014 Through July 31, 2014* [Docket No. 657] (the "*Notice of Application*"), objections to the Application were to be filed with the Court and served upon Akin Gump or before October 17, 2014 at 4:00 p.m. (Arizona Time). The undersigned has reviewed the Court's docket in the above-captioned cases, and no answer, objection or other responsive pleading to the Application neither appears thereon nor were received by Akin Gump.

3. The Application and Notice of Application were filed and served in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 337] (the "*Interim Compensation Order*").

4. Pursuant to Local Rule 9013-1(k), the Interim Compensation Order and the *Order Authorizing the Employment and Retention of Akin Gump Strauss Hauer & Feld, LLP as Counsel to the Debtors, Nunc Pro Tunc to the Petition Date* [Docket No. 95], (i) the interim amount of **$387,186.50**, representing **612.40** hours of professional and paraprofessional services, is hereby allowed and awarded as compensation for services rendered by Akin Gump as attorneys for the above captioned debtors and debtors in possession; (ii) the interim amount of **$273.61** for reimbursement of actual and necessary expenses incurred by Akin Gump during the Compensation Period in connection with the rendition of such professional and paraprofessional services is hereby allowed and awarded to Akin Gump; and (iii) the Debtors are authorized and directed to pay Akin Gump the unpaid portion of allowed fees and expenses (such total amount of fees to date being 20% of the fees incurred but not yet paid during the Compensation Period) in the aggregate amount of **$77,437.30**.

Dated: October 21, 2014

By: */s/ David P. Simonds*
David P. Simonds

AKIN GUMP STRAUSS HAUER & FELD LLP

Charles R. Gibbs (admitted *pro hac vice*)
David P. Simonds (admitted *pro hac vice*)
Arun Kurichety (admitted *pro hac vice*)

Attorneys for the Debtors and Debtors in Possession