# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

|  |  |
|---|---|
| Debtor: | ELECTRIC TRANSPORTATION ENGINEERING CORPORATION |
| Case Number: | 2:13-BK-16126-MCW    Chapter: 11 |
| Date / Time / Room: | THURSDAY, DECEMBER 18, 2014 03:00 PM   7TH FLOOR #702 |
| Bankruptcy Judge: | MADELEINE C. WANSLEE |
| Courtroom Clerk: | CHRISTINA JOHNSON |
| Reporter / ECR: | MICHELLE RADICKE |

### Matter:

HEARING ON FINAL APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF DEBTORS PLAN

R / M #:   691 / 0

### Appearances:

JARED G. PARKER, ATTORNEY FOR ELECTRIC TRANSPORTATION ENGINEERING CORP
DAVID SIMONDS, ATTORNEY FOR DEBTORS
ARUN KURICHETY, ATTORNEY FOR DEBTORS
KATIE LEE, ATTORNEY FOR DEBTORS
CAROLYN JOHNSEN, ATTORNEY FOR UNSECURED CREDITORS COMMITTEE
JESSICA BONTEQUE, ATTORNEY FOR BLINK UYA
DAN GARRISON, ATTORNEY FOR BLINK UYA
MICHAEL BAUM (T), ATTORNEY
BRENDAN BEST (T), ATTORNEY
DOUG STEIN (T), ATTORNEY FOR BLINK UYA
JANEL GLYNN, ATTORNEY FOR BMO HARRIS BANK
DEAN DINNER, ATTORNEY FOR GLOBAL LEARNNET, VALLEY 2010 INVESTMENT
LARRY WATSON, ATTORNEY FOR UNITED STATES TRUSTEE
ANDY KONG (T), ATTORNEY FOR LA LIVE PROPERTIES

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...    2:13-BK-16126-MCW            THURSDAY, DECEMBER 18, 2014 03:00 PM

## *Proceedings:*

Mr. Kurichety stated the issue as to the US Trustee's objection is not resolved. He stated an agreement has been reached with other parties. Mr. Kurichety stated a red-line version of the plan will be filed. He stated changes to the confirmation order still need to be made, but an order will be uploaded today. Mr. Kurichety stated a waiver of the 14-day stay has been requested.

The court stated it has reviewed the briefing filed by the parties. The court stated its concern.

Mr. Kurichety responded.

Mr. Dinner informed he has not seen a revised version of the order. He reserved his rights.

The court requested more argument from the debtor and Mr. Watson regarding release and exculpation.

Mr. Kurichety placed his argument on the record, citing case law to support his position.

Mr. Garrison stated his position. He clarified the Blink entity that purchased the assets is not the same Blink entity that's involved in the plan as they are separate companies but under the same ownership.

Mr. Watson placed his argument on the record.

Ms. Johnsen stated her position.

Mr. Kurichety responded and further argued his position.

The court asked the parties to discuss the language stated in the ballot.

Mr. Kurichety argued his position.

Mr. Watson argued his position.

Mr. Kurichety responded and further argued his position.

Mr. Watson replied.

Mr. Garrison responded to the court's question regarding rendering a decision today. He urged the court to approve the disclosure statement.

The court stated it was prepared at the last hearing to find that final approval of the disclosure statement was warranted and therefore would approve the same.

COURT: THE COURT DOES FIND AND CONCLUDE THAT SUFFICIENT INFORMATION CONTAINED WITHIN THE DISCLOSURE STATEMENT TO APPROVE THE SAME AND IT IS HEREBY APPROVED.

THE COURT FURTHER FINDS THAT MOST OF THE ELEMENTS CONCERNING 1129 HAVE BEEN SATISFIED SUCH THAT CONFIRMATION COULD OCCUR. HOWEVER, THE COURT DOES RESERVE THIS LAST ISSUE THAT THE PARTIES HAVE BEEN ARGUING ABOUT HERE TODAY, AND THE COURT IS NOT PREPARED TO GIVE A DECISION TODAY. THE COURT WILL MAKE ITS DECISION PROMPTLY AND PROBABLY AS A DOCKET NOTATION, AND THE PARTIES MAY PREPARE ANY FINAL PAPERS AND UPLOAD THEM AT THAT TIME.

Mr. Kurichety advised the parties hope to file the proposed confirmation order, a black-line of the plan with the technical modifications, and black-lines of the operative transactional documents.

COURT: IF THE PARTIES COME TO SOME SORT OF AGREEMENT, THE PARTIES WILL INFORM CHAMBERS.