UNITED STATES BANKRUPTCY COURT DISTRICT OF ARIZONA



FILED DEC 18 2014

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ARIZONA

In re:
ELECTRIC TRANSPORTATION ENGINEERING CORPORATION (d/b/a ECOTALITY NORTH AMERICA), *et al.*,

Debtors.

Case No. 2:13-BK-16126
(MCW) Chapter 11
Jointly Administered

### Memo of Comment to the Court and Judge of the case

I have been following the paperwork to some degree with the lodgements and declarations of the case and as a prior employee I have experience the operations of this organisation and implore the courts as the final guardians of truth, ethics and what is just to look into the matters before them and truly seek justice.

This group of companies received Government funds into various entities and must be held accountable for their actions to which it seems they are immune.

I have lodged this with you today in the hope that you will consider and review some of the broader content and certainly investigate further into the matter to lift the cloak of deception that has and continues it seems to plague the situation in what is truly getting what I would see as highly unethical.

I continue to chase my rights even under such circumstances and certainly given the Australian Company has been totally cleaned by these US Corporates it remains a challenge.

Best of wishes to the Court, it employees for the 2014 Holiday Season.

Regards

Peter

| | |
|---|---|
| **From:** | Don Karner <DKarner@ecotality.com> |
| **Sent:** | Saturday, 28 July 2012 10:37 PM |
| **To:** | Peter Nimmo - ECOau |
| **Subject:** | Transition |
| **Attachments:** | Extension Letter-Peter Nimmo.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |
| | |
| **Categories:** | Follow Up |

Peter

Thanks for your understanding about the need to complete release of the letter of guarantee prior to your termination. I assure you that I will see to it that your entitlements are paid promptly upon release of the funds held by the guarantee. I am advised by ECOtality legal counsel that we should preserve the relationship established by your employment agreement, so that there is no uncertainty about your entitlement rights after the existing termination date of 31 July. To that end, I have attached a letter extending your employment until the guarantee is released. This will ensure that the employment agreement stays in full effect until all your entitlements are paid.

Sorry to send this over your weekend, mate. Just talked this through up here late Friday. Still working on the contract payment concept. Call me if you would like to discuss. I think this keeps us on track with our previous discussions.

Don

Disclaimer: This message is for the intended recipient only and may contain privileged and confidential information. If you are not the intended recipient, any dissemination, distribution or copying of this e-mail is strictly prohibited. If you receive this message in error, please promptly notify the sender and delete this message.

# PNimmo | Utility Ten

| | |
|---|---|
| **From:** | Don Karner <DKarner@ecotality.com> |
| **Sent:** | Saturday, 28 July 2012 10:37 PM |
| **To:** | Peter Nimmo - ECOau |
| **Subject:** | Transition |
| **Attachments:** | Extension Letter-Peter Nimmo.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |
| **Categories:** | Follow Up |

Peter

Thanks for your understanding about the need to complete release of the letter of guarantee prior to your termination. I assure you that I will see to it that your entitlements are paid promptly upon release of the funds held by the guarantee. I am advised by ECOtality legal counsel that we should preserve the relationship established by your employment agreement, so that there is no uncertainty about your entitlement rights after the existing termination date of 31 July. To that end, I have attached a letter extending your employment until the guarantee is released. This will ensure that the employment agreement stays in full effect until all your entitlements are paid.

Sorry to send this over your weekend, mate. Just talked this through up here late Friday. Still working on the contract payment concept. Call me if you would like to discuss. I think this keeps us on track with our previous discussions.

Don

Disclaimer: This message is for the intended recipient only and may contain privileged and confidential information. If you are not the intended recipient, any dissemination, distribution or copying of this e-mail is strictly prohibited. If you receive this message in error, please promptly notify the sender and delete this message.

| | |
|---|---|
| From: | Don Karner <DKarner@ecotality.com> |
| Sent: | Wednesday, 4 July 2012 1:30 AM |
| To: | Susie Herrmann |
| Cc: | Peter Nimmo - ECOau |
| Subject: | Nimmo Expense |
| Attachments: | ECOau CASH PNimmo 05 April to 06 May 2012[2].pdf |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |

Susie

This expense statement appears to have fallen in the cracks. I approve it. Please pay at your earliest convenience.

Don Karner

---

Disclaimer: This message is for the intended recipient only and may contain privileged and confidential information. If you are not the intended recipient, any dissemination, distribution or copying of this e-mail is strictly prohibited. If you receive this message in error, please promptly notify the sender and delete this message.

*[Handwritten note:]* WOULD SUGGEST A LOT MORE HAS 'FALLEN BETWEEN THE CRACKS" !!!