CHARLES R. GIBBS (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
cgibbs@akingump.com

DAVID P. SIMONDS (admitted *pro hac vice*)
ARUN KURICHETY (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (310) 229-1000
Facsimile: (310) 229-1001
dsimonds@akingump.com
akurichety@akingump.com

– and –

JARED G. PARKER (SBN: 6428)
PARKER SCHWARTZ, PLLC
7310 N. 16th St., Suite 330
Phoenix, Arizona 85020
Telephone: (602) 282-0476
Facsimile: (602) 282-0478
jparker@psazlaw.com

*Attorneys to the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 2:13-BK-16126 (MCW) |
| ELECTRIC TRANSPORTATION ENGINEERING CORPORATION (d/b/a ECOTALITY NORTH AMERICA), *et al.*,[1] | Chapter 11 |
| | Jointly Administered |
| Debtors. | **NOTICE OF (I) OCCURRENCE OF EFFECTIVE DATE; (II) ENTRY OF FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER (A) APPROVING THE DEBTORS' DISCLOSURE STATEMENT ON A FINAL BASIS AND (B) CONFIRMING THE DEBTORS' JOINT CHAPTER 11 PLAN OF REORGANIZATION; AND (III) ENTRY OF STIPULATED AMENDMENT THERETO** |
| This filing applies to: | Re: Docket No. [692, 693, 782, 783, 880] |
| ■ All Debtors | |
| ☐ Specified Debtors | |

[1]  The Debtors in these jointly administered chapter 11 cases and the last four digits of their respective Employer Identification Numbers are: (i) ECOtality, Inc. (5422); (ii) Electric Transportation Engineering Corporation (4755); (iii) ECOtality Stores, Inc. (2643); (iv) ETEC North, LLC (n/a); (v) The Clarity Group, Inc. (8832); and (vi) G.H.V. Refrigeration, Inc. (4512). The Debtors' service address is ECOtality, Inc., P.O. Box 20336, Phoenix, Arizona 85036-0336.

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.  Entry of Confirmation Order. On December 31, 2014, the Honorable Madeleine C. Wanslee, United States Bankruptcy Judge for the United States Bankruptcy Court for the District of Arizona, Phoenix Division (the "*Court*"), entered the *Findings of Fact, Conclusions of Law and Order (A) Approving the Debtors' Disclosure Statement on a Final Basis and (B) Confirming the Debtors' Joint Chapter 11 Plan of Reorganization* [Docket No. 783] (as supplemented by Docket Entry No. 782, the "*Confirmation Order*"), approving the Disclosure Statement [Docket No. 692][2] on a final basis and confirming the *Debtors' Joint Chapter 11 Plan of Reorganization* [Docket No. 693] (as amended, modified, supplemented from time to time, the "*Plan*").

2.  Entry of Amended Confirmation Order. The *Stipulated Amendment to Findings of Fact, Conclusions of Law and Order (A) Approving the Debtors' Disclosure Statement on a Final Basis and (B) Confirming the Debtors' Joint Chapter 11 Plan of Reorganization; and Dismissal of Adversary Proceeding* was entered on the docket April 10, 2015. [Docket No. 880] (the "*Amended Confirmation Order*").

3.  Effective Date. The Effective Date, as defined in the Plan, occurred on April 10, 2015.

4.  Discharge, Release, Injunction and Related Provisions. By the Confirmation Order, the Court has approved certain discharge, release, injunction and related provisions in Article IX of the Plan, except as set forth therein and in Docket Entry No. 782. Please note that the text of the Confirmation Order differs from the proposed order. By Docket Entry No. 782, the Court did not approve those proposed release, injunction and exculpation provisions in Article IX of the Plan that relate to (a) claims held by a non-debtor third party against another non-debtor third party (third party releases) and (b) claims held by the debtors or non-debtor third parties against professionals and other fiduciaries of the bankruptcy estate, such as directors and officers of the Debtors (exculpations). The Court severed those non-debtor third-party provisions from the other confirmation issues so that the Court could confirm the Plan, while also reserving authority to modify the proposed release, injunction and exculpation provisions. The releases set forth in Section 9.3 of the Plan have been further modified by the Amended Confirmation Order, specifically with respect to releases in favor of the Plan Contributor, Blink Acquisition, LLC and Car Charging Group, Inc., among others, which such releases shall become effective only upon the full and final satisfaction of any and all of each of those releasees' responsibilities and obligations under the Plan.

5.  Obtaining Materials. The Amended Confirmation Order and the Plan are available for inspection. A copy of the Confirmation Order, the Amended Confirmation Order or the Plan may be obtained at no charge from Kurtzman Carson Consultants LLC, the claims and noticing agent retained by the Debtors in these chapter 11 cases (the "*Claims and Noticing Agent*") by: (a) accessing the case website at http://www.kccllc.net/ECOtality; (b) e-mailing the Claims and Noticing Agent at ECOInfo@kccllc.com; or (c) calling the Claims and Noticing Agent at (866) 967-1788. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: http://www.azb.uscourts.gov.

6.  Binding Effect. All provisions of the Plan, including all agreements, instruments and other documents filed in connection with the Plan and executed by the Debtors, the Liquidating Trustee or the Stock Trustee, as applicable, in connection with the Plan, shall be binding upon all holders of

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

Claims and Equity Interests to the maximum extent permitted by applicable law, whether or not such holder will receive or retain any property or interest in property under the Plan, has filed a proof of Claim in the Chapter 11 Cases, failed to vote to accept or reject the Plan or voted to reject the Plan, and all other Persons and Entities that are affected in any manner by the Plan.

**YOUR RIGHTS MAY BE AFFECTED. THE PLAN, THE CONFIRMATION ORDER AND THE AMENDED CONFIRMATION ORDER CONTAIN OTHER PROVISIONS THAT MAY AFFECT YOUR RIGHTS. YOU ARE ENCOURAGED TO CAREFULLY REVIEW THE PLAN, THE CONFIRMATION ORDER AND THE AMENDED CONFIRMATION ORDER IN THEIR ENTIRETY.**

Dated:  April 10, 2015                      PARKER SCHWARTZ, PLLC

                                            By:  _*/s/ Jared G. Parker*_____
                                                    Jared G. Parker

                                            – and –

                                            AKIN GUMP STRAUSS HAUER & FELD LLP

                                            Charles R. Gibbs (admitted *pro hac vice*)
                                            David P. Simonds (admitted *pro hac vice*)
                                            Arun Kurichety (admitted *pro hac vice*)

                                            Attorneys for the Debtors and Debtors in Possession